UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 4 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

MISC. NO. 07-134

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   John F. Clark                     Adam N. Torres
      Director                          United States Marshal
      United States Marshals Service    Central Judicial District of California
      600 Army-Navy Drive               312 N. Spring Street, Room G-23
      Arlington, Virginia 22202         Los Angeles, CA 92394
                                        (213) 894-6820

GREETING:

You are hereby commanded to produce the body of Evangelos Dimitrios Soukas, under safe and secure conduct before the United States Senate Committee on Finance, Room 215 of the Dirksen Senate Office Building, Washington, D.C., or such other location as may be designated by the Committee through its counsel, on April 11, 2007 at 12:00 noon, so that said Evangelos Dimitrios Soukas may be interrogated by staff of the Committee and appear at a hearing on April 12, 2007 at 9:00 a.m.; and then, upon completion of said interrogation or until said Committee no longer requires his presence, said Evangelos Dimitrios Soukas is to be returned from whence he came and have then and there this writ.

SO ORDERED.

Dated this 4 day of April 2007

_____
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLUMBIA

---

RETURN

EXECUTED, this writ in the above-captioned matter this ___ day of _____ 2007

UNITED STATES MARSHAL