IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Application of    )
)
COMMITTEE ON FINANCE    )
WASHINGTON, D.C. 205l0-6225,    )    Misc. No. 07-134 (TFH)
)
For a Writ of Habeas Corpus    )
Ad Testificandum    )

OPPOSITION OF SENATE COMMITTEE ON FINANCE TO EMERGENCY MOTION TO
QUASH WRIT OF HABEAS CORPUS AD TESTIFICANDUM

INTRODUCTION

On the eve of a hearing of the Senate Committee on Finance scheduled for Thursday,

April 12, 2007, the Federal Bureau of Prisons has filed an emergency motion to quash a writ

of habeas corpus ad testificandum issued by this Court on April 4, 2007, to bring a necessary

witness to testify at the Committee's hearing. While discussions preceding the filing of the

motion to quash suggest that the Bureau of Prisons is unhappy with the Committee's precise

arrangements for the testimonial appearance of the witness at the hearing, in its motion the

Bureau challenges more broadly the legality of the Court's issuance of writs of habeas corpus

to facilitate testimony of prisoners before congressional committees. This Court has issued

such writs dozens of times over the past half-century. Such use of the habeas writ is well-es-

tablished in the law and in historical practice and has never before, to our knowledge, been the

subject of question or challenge by the Department of Justice. The Court should reject this

last-minute and ill-considered effort to disrupt the Finance Committee's hearing.

BACKGROUND

The United States Senate Committee on Finance ("the Committee") applied to this

Court on April 3, 2007, for a writ of habeas corpus ad testificandum to produce Evangelos

Dimitrios Soukas, a federal prisoner incarcerated in the Victorville Medium II Federal Correc-



RECEIVED

APR 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

tional Institution in Victorville, California, for questioning by Committee staff on April 11, 2007, and for testimony before the Committee at a hearing on April 12, 2007.

Mr. Soukas has information relevant to the Committee's income tax filing season hearing, which will focus on deficiencies in the quality and accountability of tax preparers and the need for improvement in order to increase tax compliance and reduce the tax gap. The hearing will explore the need for new legislation to enhance preparer regulation, to protect taxpayer rights, and to improve tax administration. To demonstrate how identity theft undermines the integrity of our tax system, Mr. Soukas, who is serving an eight-year prison sentence for crimes, including identity fraud and submitting fraudulent claims to the IRS, is being called to describe how he used stolen identities to file fraudulent tax returns electronically and obtain false refunds.

The Court issued the writ for Mr. Soukas' appearance before the Committee on April 4, 2007, and the United States Marshals Service commenced arrangements for securely transporting Mr. Soukas for his appearance in Washington, D.C., apparently moving him to the Federal Transfer Center in Oklahoma City, in preparation for transporting him to the Washington, D.C. area.[1]  On Friday, April 6, 2007, the Federal Bureau of Prisons ("the Bureau")

---

[1]  Tracking the Committee's application and proposed writ, the writ issued by the Court is directed to the Director of the Marshals Service and the Marshal for the Central District of California. Although it has been done both ways historically, it would have been preferable for the Committee to have asked the Court to direct the writ also to the Warden at the Bureau facility then holding Mr. Soukas, the Victorville Medium II Federal Correctional Institution in California. The application also should have, more accurately, described Mr. Soukas as in the custody of the Bureau of Prisons, not the Marshals Service.

That technical variance hardly makes the writ "ineffective as a matter of law." Emergency Motion to Quash at 4. We do not believe that the Court was misled; certainly neither the Bureau of Prisons nor the Marshals Service was. In reliance on the writ, both agencies cooperated in transferring Mr. Soukas to an Oklahoma City facility in preparation for transporting him to Washington. Once Mr. Soukas left Victorville FCI, directing the writ to the Warden there is obviously of no import. The logical position of the Bureau is that, to be effective, the Court must direct the writ to the Warden at each Bureau facility at which the prisoner will be held while en route to Washington. That makes no sense and, to our knowledge, has never
(continued...)

- 2 -

notified the Committee staff for the first time of its objections to the issuance of the writ for Mr. Soukas' testimony. These last-minute objections followed two weeks of cooperative work between the Bureau and the Committee regarding Mr. Soukas' appearance, including the Bureau's making him voluntarily available for two telephone interviews by Committee staff, during which the Bureau raised no objections, based on security, decorum, or otherwise. The Bureau explained on Friday afternoon and on the morning of Monday, April 9, as it has advised the Court, that it did not believe it was sound penological practice to permit a prisoner to testify in open session, subject to media coverage, on the same panel as government officials.

In response, the Committee explained that it has sole responsibility under the Constitution to organize its oversight hearings, and that, under the Standing Rules of the Senate, committee hearings are public and open to press coverage, except in narrow, specified circumstances.[2] On the afternoon of April 9, without further consultation, the Office of the United

---

[1](...continued)
been done before. If the Bureau would prefer that the writ be amended to add the Warden at the Federal Transfer Center in Oklahoma City and the Director of the Bureau of Prisons, the Committee would endorse such an amendment and has attached a new proposed writ with that addition. Quashing the writ, in contrast, would serve no legitimate purpose.

[2] The Committee is not insensitive to the difficult demands placed on the Bureau of Prisons and the Marshals Service in their responsibility to maintain the security of federal prisoners and those in proximity to them. Had the Bureau raised its concerns to the Committee earlier, it is possible that the Committee could have found a way to ameliorate at least some of those concerns. (Indeed, weeks ago the Justice Department advised the Committee of its objection to testimony by another prisoner at this hearing, because of the continued pendency of criminal investigations. The Committee deferred to the Department's request and substituted Mr. Soukas as its witness.)

By withholding its objections to Mr. Soukas' testimony until the final hour, and then insisting on a video-conferenced, remote appearance in lieu of live testimony, the Bureau made an accommodation with the Committee impossible. Security of prisoners is important, as the Committee well recognizes, but prisoners are transported around the country for a variety of reasons every day, including for needed testimony. Ultimately, the question whether the benefit of hearing a prisoner testify live outweighs the security and other costs of bringing the witness to Washington is a policy question for the Committee, not a question of law for the Court. This Court has issued writs for testimony at congressional hearings by prisoners, such as organized crime figures, posing far greater security challenges, it would appear, than Mr. (continued...)

States Attorney advised undersigned counsel of its determination to move, within the hour, to quash the writ of habeas corpus ad testificandum issued by the Court.[3]

ARGUMENT

This memorandum submitted in opposition to the Bureau's Emergency Motion to Quash (an "emergency" entirely of the Bureau's making) describes the historical practice of this and other courts in assisting congressional committees, including this Committee, in obtaining needed testimony from incarcerated witnesses. This history manifests a well-established and time-honored practice, which is fully authorized by the habeas corpus statute and is in furtherance of the coordinate branches' proper role of cooperating with the constitutional oversight function of their sister Legislative Branch.

---

[2](...continued)
Soukas. Ultimately, the Bureau's security concerns about "elevating" the status of a prisoner could apply to every prisoner whom a congressional committee or court might need to hear from.

Nor, in our system of separated powers, does the Executive Branch, or the Court, have a role in deciding whether a committee of Congress should meet in open or closed session, with or without news media present, or what the order or arrangement of witnesses at the committee's hearing should be. It should be noted that the Committee has moved its hearing from its regular hearing room to facilitate the Marshal's safe transport of Mr. Soukas to and from the hearing. The Committee also will be seating Mr. Soukas at a table separate from the other witnesses.

[3] Committee counsel also learned from the Marshals Service that the Marshals had been instructed by the Bureau of Prisons on Monday, April 9, not to have further contact with the Committee and to cease making arrangements to effectuate the writ, notwithstanding that the writ remains in effect pending further order of the Court. This unilateral action, effectively staying the writ on its own action, runs a risk of interfering with the Committee's scheduled proceedings, cf. *Eastland v. United States Servicemen's Fund, Inc.*, 421 U.S. 491, 511 (1975) (noting "harm that judicial interference may cause" through effort to enjoin issuance of committee subpoena, thereby "frustrat[ing]" committee's inquiry for substantial period of time), and an order of this Court.

- 4 -

## ISSUANCE OF WRITS OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PRISONERS TO TESTIFY AT CONGRESSIONAL HEARINGS IS WELL-GROUNDED IN LAW AND HISTORICAL PRACTICE

This Court has issued writs to produce prisoners to testify before a succession of congressional investigating committees over at least the past five decades. It has issued such writs on the application of the McClellan Labor Racketeering Committee in the 1950's, the Senate Watergate Committee, the House Special Subcommittee on Intelligence, and the House Assassinations Committee in the 1970's. More recently, the Court has issued writs on application of this Committee, as well as on behalf of many of the other standing committees of the Senate.[4] One writ, issued by District Judge George Hart upon application of the Senate's Permanent Subcommittee on Investigations, was followed by a civil contempt case when the witness refused to testify, and the civil contempt sentence was upheld by this Circuit.[5]

The habeas corpus statute provides in general terms, "Writs of habeas corpus may be granted by . . . the district courts . . . within their respective jurisdictions." 28 U.S.C. § 2241(a). The law expressly provides that "[t]he writ of habeas corpus shall not extend to a prisoner unless . . . [h]e is in custody under or by color of the authority of the United States. . . ." 28 U.S.C. § 2241(c)(1). Mr. Soukas, the subject of this writ, is "in custody under . . . the authority of the United States," as the Bureau of Prisons makes clear.

The Bureau cites a succeeding paragraph of 28 U.S.C. § 2241, section 2241(c)(5), which provides that a writ of habeas corpus shall not extend to a prisoner unless "[i]t is necessary to bring him into court to testify or for trial." Emergency Motion to Quash ("Motion") at

---

[4]  Accompanying this memorandum is an appendix that lists, and reproduces, many of these writs. The list is illustrative, not complete, because, for one reason, it omits writs issued under seal.

[5]  *See In the Matter of the Application of the United States Senate Permanent Subcommittee on Investigations*, 655 F.2d 1232, 1233-34 (D.C. Cir.), *cert. denied*, 454 U.S. 1084 (1981). The writ was issued by this Court in Misc. No. 80-0102 (D.D.C. Apr. 11, 1980) (Hart, J.). The court of appeals' decision refers to the defendant's status as a federal prisoner at the time he was called to testify before a Senate subcommittee. *See* 655 F.2d at 1233.

4. A fact not quoted, or noted, in the Bureau's motion, however, is that the five paragraphs of section 2241(c) are each separated by the word "or." Thus, any of the five paragraphs provides a permissible predicate for issuance of a writ of habeas corpus. *See In Re Alphonso Michael (Mike) Espy*, 80 F.3d 501, 505 (D.C. Cir. Div. for Purp. of App. Ind. Coun. 1996) (per curiam) (rejecting suggestion by Department of Justice to read "or" in statute as "and," noting that "a statute written in the disjunctive is generally construed as setting out separate and distinct alternatives") (omitting internal citation). Reading the paragraphs in the conjunctive, rather than the disjunctive, would, in addition to violating one of the most basic canons of statutory construction, *see id.*, render the statute close to meaningless, as, if it were necessary to satisfy all five conditions, for example, only citizens of foreign states could be the subject of habeas writs. *See* 28 U.S.C. § 2241(c)(4).

Because, read properly in the disjunctive, the habeas statute does not define expressly the kinds of "writs of habeas corpus" that can be issued, the Supreme Court has indicated that the courts must look to the historic usage of such writs to define their authority to issue such writs. *See Carbo v. United States*, 364 U.S. 611, 617-20 (1961) (tracing common law and subsequent history of issuance of writ of habeas corpus ad prosequendum). Reference to historic usage is, here, incontrovertible. At common law, the historical record reflects that the English courts issued writs of habeas corpus ad testificandum, when necessary, to produce prisoners to testify before Parliament.[6] Further, as shown in the appendix to this memorandum,

---

[6] *See In the Matter of Sir Edward Price, A Prisoner*, IV East 587 (K.B. 1804). In that case the Speaker of the House of Commons applied for a writ of habeas corpus ad testificandum to obtain a prisoner in Ilchester "gaol", who was stated to be a material witness in one of Parliament's election disputes. The English court was at first somewhat surprised at the request, but granted the writ after issuing a rule to show cause why the prisoner should not be produced:

> *The Court* at first entertained doubts of the propriety of such an application, of which they did not recollect any precedent. But after some hesitation they gave a rule to shew [sic] cause; and desired that it might be served on the Attorney-General, and the gaoler, and also on all persons at whose suit the witness might
> (continued...)

- 6 -

this Court has issued numerous such writs over the past half-century. This past practice is important in construing the general habeas corpus statute. *See Carbo*, 364 U.S. at 620.

Moreover, one decision of this Court in a contempt of Congress case upheld the validity of the issuance of such a writ. In 1973, the House Select Subcommittee on Intelligence investigated certain aspects of Watergate and applied to Chief Judge John Sirica for a writ to produce G. Gordon Liddy as a witness. Chief Judge Sirica issued the writ, Liddy appeared and refused to testify, and this Court (Pratt, J.) convicted Liddy of contempt of Congress.

The Court issued an unreported statement of findings of fact and conclusions of law. The Court's sixth and seventh findings of fact describe the issuance of the writ, and its sixth conclusion of law upheld the validity of the writ:

### FINDINGS OF FACT

\*\*\*

6. On July 16, 1973, after determining that defendant was then incarcerated in the District of Columbia jail and could not be produced by subpoena, the Subcommittee, by its Chairman, petitioned Chief Judge Sirica of this Court for a writ of habeas corpus *ad testificandum*.

7. On July 16, 1973, Chief Judge Sirica granted the writ of habeas corpus *ad testificandum* requested by the Subcommittee.

8. On July 20, 1973, defendant, in the custody of the United States Marshal, appeared with counsel before an executive session of the Subcommittee being held in the District of Columbia.

\* \* \*

### CONCLUSIONS OF LAW

\*\*\*

6. Defendant was validly summoned by authority of the Subcommittee pursuant to a writ of habeas corpus *ad testificandum* granted by Chief Judge

---

[6](...continued)

be detained in custody on civil process at the time.

*Id. at 588.*

Sirica of this Court on July 16, 1973. *Barber v. Page*, 390 U.S. 719, 724 (1968); VIII Wigmore, *Evidence* § 2199 (McNaughton rev. 1961).[7]

This Court's citation in *United States v. Liddy* to *Barber v. Page*, 390 U.S. 719 (1968), reflects the Supreme Court's holding that federal courts may issue such writs, both to produce prisoners as witnesses in the Court's own cases, and also to produce witnesses for proceedings elsewhere. In *Barber v. Page*, 390 U.S. at 724, the Court held that federal courts may issue such writs upon application of state prosecutorial authorities:

> For example, in the case of a prospective witness currently in federal custody, 28 U.S.C. § 2241(c)(5) gives federal courts the power to issue writs of habeas corpus *ad testificandum* at the request of state prosecutorial authorities. *See Gilmore v. United States*, 129 F.2d 199, 202 (C.A. 10th Cir. 1942); *United States v. McGaha*, 205 F. Supp. 949 (D.C.E.D. Tenn. 1962).

The state prosecutors referred to by the Supreme Court had no case pending before the federal court and asked the federal court to issue a writ in aid of their state proceedings. In recognizing the authority to issue writs in such instances, the Supreme Court concluded that the federal courts can grant such writs in aid of proceedings elsewhere. Writs for state proceedings as prescribed in *Barber v. Page*, or for congressional proceedings, are, in this regard, similar to the subpoenas or other process issued by this Court in aid of proceedings in other districts.

In all of the instances in which congressional committees have filed applications for habeas writs over the past fifty years, we know of no case in which a court has ever concluded that it lacked authority to grant the writ, or in which the Department of Justice even intimated such a view.[8] For this Court to issue such writs, as it has done consistently in the past, pro-

---

[7] *United States v. Liddy*, Cr. No. 74-117 (D.D.C. May 10, 1974). The full text of the Court's opinion is included in the appendix to this memorandum at page 4.

[8] In one case, the district court issued the writ and denied a motion to quash it, and the prisoner appealed. After the prisoner appeared at the hearing, his appeal was dismissed as moot. *In the Matter of Hearings by the Committee on Banking and Currency of the United States Senate*, 245 F.2d 667 (7th Cir. 1957). In another reported case, a state court issued such a writ to produce an inmate in a state prison at a Senate committee hearing. *In the Matter of Erickson*, 277 App. Div. 696 (N.Y. 1951).

vides an orderly mechanism for obtaining the production of prisoners needed as congressional witnesses. Such a mechanism is frequently necessary for effective congressional investigations, such as the Committee's forthcoming hearing.

At no time has Congress amended the habeas corpus statute or acted otherwise to overrule the consistent view of this Court that it is authorized to issue such writs. Indeed, when Congress added to the jurisdiction of this Court the power to grant civil enforcement of Senate subpoenas, section 705(f)(1) of the Ethics in Government Act of 1978, *codified at* 28 U.S.C. § 1365, noted by the Bureau (Motion at 5 n.1), the sponsors of the statute demonstrated the awareness by the Congress, and its approval, of this Court's exercise of jurisdiction to issue writs of habeas corpus ad testificandum for legislative inquiries. As Senator Abourezk told the Senate:

> The purpose of such a writ [of habeas corpus ad testificandum] is to make a person incarcerated in a State or Federal prison available to a committee as a witness. Petitions for such writs are routine for subcommittees like the Permanent Investigations Subcommittee of the Governmental Affairs Committee, which often investigates criminal conduct.

123 Cong. Rec. 20960 (1977).

The Bureau's argument that the Court lacks power to issue a writ of habeas corpus to facilitate needed testimony before Congress, rather than a court, fails to credit the constitutional foundation of the Congress's power of investigation and oversight. As the Supreme Court has stated, "the power of inquiry – with process to enforce it – is an essential and appropriate auxiliary to the legislative function." *McGrain v. Daugherty*, 273 U.S. 135, 174 (1927). "A legislative body cannot legislate wisely or effectively in the absence of information respecting the conditions which the legislation is intended to affect or change; and where the legislative body does not itself possess the requisite information – which not infrequently is true – recourse must be had to others who do possess it." *Id.* at 175. Because Mr. Soukas is incarcerated, he cannot produce himself to testify at a Senate hearing. Accordingly, the Com-

- 9 -

mittee must seek the assistance of the Court, the Federal Bureau of Prisons, and the U.S. Marshals Service to obtain the information it needs. The Committee appreciates that assistance, which has been forthcoming from the other Branches for more than fifty years.

CONCLUSION

Accordingly, this Court should deny the Emergency Motion to Quash the writ of habeas corpus ad testificandum in order that Evangelos Dimitrios Soukas may be produced for questioning by Committee staff as early as possible in the afternoon or evening on April 11, 2007, and for testimony at a Committee hearing on April 12, 2007.

Respectfully submitted,

Morgan J. Frankel, Bar #342022
Senate Legal Counsel

Patricia Mack Bryan, Bar #335463
Deputy Senate Legal Counsel

Grant R. Vinik, Bar #459848
Assistant Senate Legal Counsel

Thomas E. Caballero
Assistant Senate Legal Counsel

Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250
Tel: (202) 224-4435
Fax: (202) 224-3391

Counsel for Senate Committee on Finance

April 10, 2007

- 10 -

CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2007, a true copy of the foregoing Opposition of Senate Committee on Finance to Emergency Motion to Quash Writ of Habeas Corpus Ad Testificandum, with proposed writ, were served by electronic mail on Assistant United States Attorney John F. Henault at John.Henault@usdoj.gov, and that the Opposition, with appendix and proposed writ, were faxed to Mr. Henault at 202-514-8780.

Morgan J. Frankel

- 11 -

# APPENDIX

TABLE OF WRITS OF HABEAS CORPUS AD TESTIFICANDUM
ISSUED TO CONGRESSIONAL COMMITTEES BY THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

This table reflects a sample of the writs issued by this Court in the past five decades to produce prisoners before congressional committees. It is not intended to be complete.

| | | Page |
|---|---|---|
| 1. | Misc. No. 30-58 (issued October 31, 1958). This writ was is-sued by Judge Holtzoff to produce James Rini. The requesting committee was the Senate Select Committee on Improper Activities in the Labor or Management Field, known as the McClellan Labor Racketeering Committee. | 1 |
| 2. | Misc. No. 4-59 (issued February 3, 1959). This writ was issued by Judge Holtzoff to produce Irving Mishel. The requesting committee was the McClellan Labor Racketeering Committee. | 2 |
| 3. | Misc. No. 13-59 (issued June 22, 1959). This writ was issued by Chief Judge Letts to produce Samuel Goldstein. The requesting committee was the McClellan Labor Racketeering Committee. | 3 |
| 4. | Misc. No. 94-73 (issued July 16, 1973). This writ was issued by Chief Judge Sirica to produce G. Gordon Liddy. The requesting committee was the House Select Subcommittee on Intelligence of the Committee on Armed Services.<br><br>The issuance of the writ is discussed in the contempt of Congress case, *United States of America v. George Gordon Liddy*, Cr. No. 74-117 (D.D.C. May 10, 1974); a copy of this Court's findings of fact and conclusions of law in that case are included here. | 4 |

| | | |
|---|---|---|
| 5. | Misc. No. 70-73 (issued July 20, 1973). This writ was issued by Chief Judge Sirica to produce E. Howard Hunt. The requesting committee was the Senate Select Committee on Presidential Campaign Activities, known as the Watergate Committee.<br><br>The Watergate Committee published a list of twenty writs which it applied for and obtained; the list is included here after the writ for E. Howard Hunt. | 8 |
| 6. | Misc. No. 78-0226 (issued July 12, 1978). This writ was issued by Judge Bryant to produce James Earl Ray. The requesting committee was the House Select Committee on Assassinations. | 11 |
| 7. | Misc. No. 82-99 (issued May 24, 1982). This writ was issued by Chief Judge Smith to produce David Watts. The requesting committee was the Subcommittee on Juvenile Justice of the Senate Committee on the Judiciary. | 13 |
| 8. | Misc. No. 82-101 (issued May 24, 1982). This writ was issued by Chief Judge Smith to produce Stacy Trammell. The requesting committee was the Subcommittee on Juvenile Justice of the Senate Committee on the Judiciary.<br><br>For the following writs, the requesting committee was the Senate Permanent Subcommittee on Investigations. We have not looked for writs before 1980 for this Subcommittee. The Subcommittee has been investigating for several decades. | 15 |
| 9. | Misc. No. 80-101 (issued April 11, 1980). This writ was issued by Judge Hart to produce Dominic Celestino. | 17 |
| 10. | Misc. No. 80-102 (issued April 11, 1980). This writ was issued by Judge Hart to produce William Cammisano. William Cammisano's subsequent refusal to testify is discussed in the civil contempt case, *In the Matter of the Senate Permanent Subcommittee on Investigations, Application of the United States*, 655 F.2d 1232 (D.C. Cir.), *cert. denied*, 454 U.S. 1084 (1981). | 18 |

| 11. | Misc. No. 80-287 (issued December 2, 1980). This writ was issued by Judge Hart to produce Art Rocco Beltran. | 19 |
|---|---|---|
| 12. | Misc. No. 80-288 (issued December 2, 1980). This writ was issued by Judge Hart to produce William Gabler. | 20 |
| 13. | Misc. No. 82-72 (issued April 19, 1982). This writ was issued by Chief Judge Smith to produce William Holden Bell. | 21 |
| 14. | Misc. No. 82-102 (issued May 24, 1982). This writ was issued by Chief Judge Smith to produce Ralph Natale. | 22 |
| 15. | Misc. No. 82-103 (issued May 24, 1982). This writ was issued by Chief Judge Smith to produce Newton Van Drunen. | 23 |
| 16. | Misc. No. 82-203 (issued September 17, 1982). This writ was issued by Judge Hart to produce Andrew Gramby Hanley. | 24 |
| 17. | Misc. No. 83-80 (issued March 11, 1983). This writ was issued by Judge Harold Greene to produce Beno Ghitis-Miller. | 25 |
| 18. | Misc. No. 84-1 (issued September 11, 1984). This writ was issued by Judge Harold Greene to produce Eugene Edward (Mercury) Morris. The requesting committee was the Subcommittee on Alcoholism and Drug Abuse of the Senate Committee on Labor and Human Resources. | 26 |
| 19. | Misc. No. 85-1 (issued January 24, 1985). This writ was issued by Judge Oberdorfer to produce Luis Hector Neira. The requesting committee was the Senate Committee on Banking, Housing, and Urban Affairs. | 28 |
| 20. | Misc. No. 85-1 (issued April 12, 1985). This writ was issued by Judge Joyce H. Green to produce Jitze Koostra. The requesting committee was the Subcommittee on Alcoholism and Drug Abuse of the Senate Committee on Labor and Human Resources. | 30 |

| 21. | Misc. No. 85-238 (issued August 23, 1985). This writ was issued by Judge Jackson to produce Edgar Gamez-Macias. The requesting committee was the Subcommittee on Children, Family, Drugs, and Alcoholism of the Senate Committee on Labor and Human Resources. | 32 |
|---|---|---|
| | For the following writs, the requesting committee was the Subcommittee on Terrorism, Narcotics and International Operations of the Senate Committee on Foreign Relations. | |
| 22. | Misc. No. 88-87 (issued March 28, 1988). This writ was issued by Judge Oberdorfer to produce Gary Betzner. | 34 |
| 23. | Misc. No. 88-88 (issued March 28, 1988). This writ was issued by Judge Oberdorfer to produce Carlos A. Cabezas. | 36 |
| 24. | Misc. No. 88-89 (issued March 28, 1988). This writ was issued by Judge Oberdorfer to produce Warner Lotz. | 38 |
| 25. | Misc. No. 88-90 (issued March 28, 1988). This writ was issued by Judge Oberdorfer to produce George Morales. | 40 |
| 26. | Misc. No. 88-91 (issued March 28, 1988). This writ was issued by Judge Oberdorfer to produce Michael Paul Vogel. | 42 |
| 27. | Misc. No. 88-92 (issued March 28, 1988). This writ was issued by Judge Oberdorfer to produce Ramon Milian Rodriguez. | 44 |

| 28. | Misc. No. 88-211 (issued June 28, 1988). This writ was issued by Judge Harris to produce Franklin Joseph Camper. | 46 |
|---|---|---|
| 29. | Misc. No. 88-212 (issued June 28, 1988). This writ was issued by Judge Harris to produce John McCann. | 48 |
| 30. | Misc. No. 92-102 (issued March 5, 1992). This writ was issued by the District Court of the District of Columbia to produce Nazir Chinoy | 50 |
| 31. | Misc. No. 92-277 (issued June 29, 1992). This writ was issued by Judge Joyce H. Green to produce Ian Howard. | 52 |
| 32. | Misc. No. 92-278 (issued June 29, 1992). This writ was issued by Judge Joyce H. Green to produce Akbar Bilgrami. | 54 |
| 33. | Misc. No. 92-279 (issued June 29, 1992). This writ was issued by Judge Joyce H. Green to produce Amjad Awan. | 56 |
| 34. | Misc. No. 95-301 (issued October 2, 1995). This writ was issued by Judge John Garrett Penn to produce Graeme Craddock. The requesting committee was the Senate Committee on the Judiciary. | 58 |
| 35. | Misc. No. 96-085 (issued March 4, 1996). This writ was issued by Judge Thomas P. Jackson to produce Hollman Cheung. The requesting committee was the Permanent Subcommittee on Investigations of the Senate Committee on Governmental Affairs. | 60 |
| 36. | Misc. No. 96-141 (issued April 30, 1996). This writ was issued by Judge Thomas Hogan. The name has been redacted. The requesting committee was the Permanent Subcommittee on Investigations of the Senate Committee on Governmental Affairs. | 62 |

| 37. | Misc. No. 96-154 (issued May 6, 1998). This writ was issued by Judge Stanley S. Harris to produce Anthony Casso. The requesting committee was the Permanent Subcommittee on Investigations of the Senate Committee on Governmental Affairs. | 64 |
|---|---|---|
| 38. | Misc. No. 98-175 (issued May 6, 1998). This writ was issued by Judge Thomas Hogan to produce Rodney Bocook. The requesting committee was the Senate Committee on Governmental Affairs. | 66 |
| 39. | Misc. No. 00-228 (issued April 25, 2000). This writ was issued by Judge Norma Holloway Johnson to produce Theresa King. The requesting committee was the Senate Special Committee on Aging. | 68 |
| 40. | Misc. No. 00-238 (issued April 25, 2000). This writ was issued by Judge Norma Holloway Johnson to produce Thomas W. Seitz. The requesting committee was the Permanent Subcommittee on Investigations. | 70 |
| 41. | Misc. No. 01-159 (issued April 18, 2001). This writ was issued by Judge Norma Holloway Johnson to produce Jerome Horn. The requesting committee was the Senate Committee on Finance. | 71 |
| 42. | Misc. No. 02-149 (issued March 29, 2002). This writ was issued by Judge Gladys Kessler to produce Daniel Bullock. The requesting committee was the Senate Committee on Finance. | 72 |
| 43. | Misc. No. 03-1670 (issued September 4, 2003). This writ was issued by Chief Judge Thomas F. Hogan to produce Youssef Hmimssa. The requesting committee was the Senate Committee on Finance. | 73 |

| Number | Parties | Action | Petitioner's Atty. |
|---|---|---|---|
| 30-58 | In the matter of hearings by the Select Committee on Improper Activities in the Labor or Management Field of the United States Senate | Petition for Writ of Habeas corpus ad testificandum | Paul Tierney Room 101 Senate Offi Bldg., Wash., D. C. |
| | | | Respondent's Atty. |

| Date | | Proceedings | Fees | | Total |
|---|---|---|---|---|---|
| 1958 | | | | | |
| Oct. | 31 | Petition of John L. McClellan, Chairman of the Select Committee on Improper Activities in the Labor or Management Field of the United States Senate, by Paul J. Tierney, Assistant Counsel for said Committee for writ of Habeas Corpus ad testificandum; "Let this Writ of Habeas Corpus Ad Testificandum issue as ordered this 31st day of October, 1958"- Holtzoff, J.                    filed | | | |
| Oct. | 31 | Writ of Habeas Corpus ad Testificandum issued for James Rini; Returnable before said Committee at 2:00 P.M., November 6, 1958, in Room 101, Senate Office Bldg., Wash., D. C. "Executed in part as per return of Marshal" | - | | - |

1

| Number | Parties | Action | Petitioner's Atty. |
|--------|---------|--------|--------------------|
| 4-59 | In the matter of hearings by the Select Committee on Improper Activities in the Labor or Management Field of the United States Senate | Petition for a Writ of Habeas Corpus ad Testificandum. | Paul Tierney Room 101 Senate Office Building, Wash., D. C. Respondent's Atty. |

| Date | | Proceedings | Fees | | Total | |
|------|--|-------------|------|--|-------|--|
| 1959 Feb. | 3 | Petition of John L. McClellan, Chairman of the Select Committee on Improper Activities in the Labor or Management Field of the United States Senate, by Paul J. Tierney, Assistant Counsel for said Committee;    "Let this Writ of Habeas Corpus Ad Testificandum issue as ordered this 3 day of February, 1959."  Holtzoff, J. exec. 2-8-59 filed | | | | |
| Feb. | 3 | Writ of Habeas Corpus Ad Testificandum issued for Irving Fishel;  returnable before said Committee at 10:00 A.M., February 9, 1959 in Room 101, Senate Office Building, Washington, D. C., or such other room in the Senate Office Building as selected by the Committee. exec. 2-18-59 | − | | − | |

2

| Number | Parties | Action | Petitioner's Atty. |
|---|---|---|---|
| 13-59 | In the matter of hearings by the Select Committee on Improper Activities in the Labor or Management Field of the United States Senate | Petition for writ of Habeas Corpus ad Testificandum | Paul J. Tierney Room 101, Senate Office Bldg. Wash., D. C. Respondent's Atty. |

| Date | | Proceedings | Fees | | Total | |
|---|---|---|---|---|---|---|
| 1959 | | | | | | |
| June | 22 | Petition of John L. McClellan, Chairman of the Select Committee on Improper Activities in the Labor or Management Field of the United States Senate, by Paul J. Tierney, Assistant Counsel for said Committee for Writ of Habeas Corpus Ad Testificandum directed to Anna M. Kross, Commissioner, New York City Department of Correction, ordering the release of Samuel Goldstein into the custody of U.S. Marshal etc.  "Let this Writ of Habeas Corpus Ad Testificandum issue as ordered this 22nd day of June, 1959."  F. Dickinson Letts, C.J. | | | | |
| June | 22 | Writ of Habeas Corpus Ad Testificandum issued to Anna M. Kross, Commissioner, New York City Dept. of Correction, and Thomas J. Lunney, United States Marshal for the Southern District of New York and James Mattingly, Assistant Chief Deputy Marshal for and in the District of Columbia commanding the production of Samuel Goldstein before the Select Committee on Improper Activities in the Labor or Management Field of the United States Senate at 10:00 a.m., June 25, 1959 in Room 101, Senate Office Building, Wash., D. C. or such other room in the Senate Office Bldg. as selected by the Committee and then upon completion of said hearing, or until said Committee no longer requires his presence, be returned to the custody of the New York City Dept. of Correction. | | | | |
| June | 30 | Return of U.S.Marshal on writ of execution.     filed. | | | | |

United States District Court for the District of Columbia

(Criminal No. 74–117)

UNITED STATES OF AMERICA

*v.*

GEORGE GORDON LIDDY, DEFENDANT

The defendant having waived jury trial in writing with the approval of the Court and the consent of the government, and the case having come on for trial by the Court on May 10, 1974, the Court hereby makes the following Findings of Fact and Conclusions of Law in accordance with Rule 23(c) of the Federal Rules of Criminal Procedure:

FINDINGS OF FACT

1. In House Resolution 6, 93rd Congress, dated January 3, 1973, including clause 3 of Rule XI of the Rules of the House of Representatives adopted therein, and House Resolution 185, 93rd Congress, dated February 21, 1973, the House of Representatives created the Committee on Armed Services ("the Committee"), with jurisdiction over matters relating to the national defense, including the Central Intelligence Agency, and delegated to the Committee the power to compel the attendance of witnesses, by subpoena or otherwise, and to administer oaths to witnesses.

2. At a meeting of the Committee on February 27, 1973, the Chairman of the Committee, Rep. F. Edward Hébert, acting pursuant to House Resolution 185, 93rd Congress, and Rule 6(c) of the Committee's Rules Governing Procedure, established the Special Subcommittee on Intelligence ("the Subcommittee") and delegated to the Subcommittee the Committee's authority "to make periodic inquiries into all phases of intelligence activities within the Department of Defense and within the agencies established under the National Security Act, and to make legislative recommendations when appropriate." Rep. Lucien N. Nedzi was appointed Chairman of the Subcommittee.

(483)

Reprinted from Final Report for the 93d Congress of the Joint Committee on Congressional Operations, 93d Cong., 2d Sess., Identifying Court Proceedings and Actions of Vital Interest to the Congress 483-86 (Comm. Print 1974).

4

484

3. On May 11, 1973, the Subcommittee commenced hearings into the alleged involvement of the Central Intelligence Agency in the break-ins at, and electronic surveillance of, the Watergate headquarters of the Democratic National Committee in Washington, D.C., any subsequent cover-up of the identities of the persons involved in the break-ins or electronic surveillance, and the burglary of the office of Dr. Lewis J. Fielding, psychiatrist of Dr. Daniel Ellsberg, in Beverly Hills, California, in September, 1971.

4. On May 21, 1973, in accordance with House Resolution 185, 93rd Congress, and the Committee's Rules Governing Procedure, Chairman Hébert delegated to the Subcommittee, through its Chairman, the authority to compel the attendance of witnesses, by subpoena or otherwise, and to administer oaths to witnesses.

5. On June 13, 1973, the Subcommittee, with a quorum present, voted to subpoena defendant to testify before the Subcommittee at its hearing into the matters described in paragraph 3.

6. On July 16, 1973, after determining that defendant was then incarcerated in the District of Columbia jail and could not be produced by subpoena, the Subcommittee, by its Chairman, petitioned Chief Judge Sirica of this Court for a writ of habeas corpus *ad testificandum*.

7. On July 16, 1973, Chief Judge Sirica granted the writ of habeas corpus *ad testificandum* requested by the Subcommittee.

8. On July 20, 1973, defendant, in the custody of the United States Marshal, appeared with counsel before an executive session of the Subcommittee being held in the District of Columbia.

9. On July 20, 1973, with a quorum of the Subcommittee present, Chairman Lucien N. Nedzi, with the concurrence of the Subcommittee, requested that defendant be sworn to testify, but defendant then and there refused to be sworn to testify, relying on Fifth and Sixth Amendment claims.

10. Defendant persisted in his refusal to be sworn to testify even after the Chairman of the Subcommittee overruled defendant's constitutional objections to being sworn and to being questioned by the Subcommittee.

11. Defendant, at the time of his appearance before the Subcommittee on July 20, 1973, was aware that the Sub-

5

485

committee required each witness to be sworn before being questioned, and that his refusal to be sworn to testify would preclude questioning by the Subcommittee.

12. Defendant would have been asked questions which were pertinent to the question under inquiry before the Subcommittee if he had taken the oath as a witness as directed by the Chairman of the Subcommittee.

### CONCLUSIONS OF LAW

1. The United States has proved all relevant facts beyond a reasonable doubt.

2. The Committee on Armed Services was validly created by the House of Representatives, 93rd Congress, effective January 3, 1973.

3. The Special Subcommittee on Intelligence was validly created as a subcommittee of the Committee on Armed Services on February 27, 1973.

4. The hearings begun on May 11, 1973, by the Subcommittee into the matters described in paragraph 3 of the Findings of Fact were within the jurisdiction of the Subcommittee.

5. The House of Representatives, the Committee on Armed Services and the Special Subcommittee on Intelligence at all times complied with all applicable rules relating to the summoning of witnesses and to defendant's appearance before the Subcommittee.

6. Defendant was validly summoned by authority of the Subcommittee pursuant to a writ of habeas corpus *ad testificandum* granted by Chief Judge Sirica of this Court on July 16, 1973. *Barber* v. *Page,* 390 U.S. 719, 724 (1968); VIII Wigmore, *Evidence* § 2199 (McNaughton rev. 1961).

· 7. Defendant had no right or privilege under the Fifth or Sixth Amendment, as claimed, to refuse to take the oath as a witness and to refuse to answer any and all questions that might be asked.

8. Defendant's refusal to be sworn by the Chairman of the Subcommittee on July 20, 1973, constituted a willful default under 2 U.S.C. § 192. *Eisler* v. *United States,* 170 F. 2d 273 (D.C. Cir.), *cert. granted,* 335 U.S. 857 (1948), *cert. dismissed,* 338 U.S. 883 (1949); *United States* v. *Hintz,* 193 F. Supp. 325 (N.D. Ill. 1961). Defendant is, therefore, guilty on Count One of the Indictment.

6

486

9. Under the circumstances of this case, defendant's refusal to abide by the proper procedures of the Subcommittee with the knowledge that such noncompliance would terminate all questioning constituted a refusal to answer pertinent questions, in violation of 2 U.S.C. § 192. *United States* v. *Josephson,* 165 F. 2d 82 (2d Cir. 1947), *cert. denied,* 333 U.S. 838 (1948) ; *Eisler* v. *United States, supra; United States* v. *Hintz, supra.* Defendant is, therefore, guilty on Count Two of the Indictment.

10. Any failure by the Subcommittee to comply with rules of the House of Representatives relating to the convening of an executive session or to the publication of the date of a Subcommittee meeting or hearing caused no prejudice to defendant and does not constitute a defense under the circumstances of this case.

11. The House of Representatives, the Committee on Armed Services and the Special Subcommittee on Intelligence fully complied with 2 U.S.C. § 194 in presenting this matter to the Department of Justice for appropriate action.

J. H. PRATT,
*United States District Judge.*

7

540

COPIES FOR:  RONALD ROTUNDA
ASSISTANT COUNSEL FOR
COMMITTEE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| UNITED STATES SENATE SELECT COMMITTEE | : | MISC. NO. 70-73 . |
| | : | |
| ON PRESIDENTIAL CAMPAIGN ACTIVITIES | : | |

TO: United States Marshal, District of Columbia; United
States Marshal, District of Connecticut, Warden, Danbury
Federal Correctional Institution.

You are hereby commanded to produce the body of E. Howard

Hunt, by you imprisoned and detained as it is said to the

United States Marshal for the District of Columbia, or one of

his authorized deputies, so that he may produce on July 24,

at  5:00 p.m.,        . the said E. Howard Hunt under safe and

secure conduct before the Senators and Staff on the United

States Senate Select Committee on Presidential Campaign

Activities, Room G 308, New Senate Office Building, at First and

Constitution, N.E., for the purpose of giving testimony before

said Committee, and after said prisoner shall have given his

testimony on the above matter, that he be returned by the said

United States Marshal for the District of Columbia, or one of

his deputies to the custody from whence he came.

WITNESS the Honorable Chief Judge
of said Court the  20th  day of
July, 1973.

JAMES F. DAVEY, Clerk
By: *James P Capitanio*
James P Capitanio, Deputy Clerk

EXECUTED this Writ in the above-entitled case this _____ day

of July, 1973.

UNITED STATES MARSHAL

By: _____

Reprinted from Legal Documents Relating to the Select Committee
Hearings: Presidential Campaign Activities of 1972: Appendix
to the Hearings, Senate Select Committee on Presidential
Campaign Activities, 93d Cong., 1st and 2d Sess. 540 (1974).

8

2156

### VI. PETITIONS BY THE SENATE SELECT COMMITTEE ON PRESIDENTIAL CAMPAIGN ACTIVITIES FOR WRITS OF HABEAS CORPUS AD TESTIFICANDUM

| Persons for Whom Writs of Habeas Corpus Ad Testificandum Were Sought | Dates on Which the Writs Were Issued by the U.S. District Court for the District of Columbia |
|---|---|
| 1. Eugenio Martinez | May 11, 1973 |
| 2. Bernard Barker | May 11, 1973 |
| 3. E. Howard Hunt | May 14, 1973 |
| 4. Virgilio Gonzales | May 14, 1973 |
| 5. Frank Sturgis | May 14, 1973 |
| 6. E. Howard Hunt | May 16, 1973 |
| 7. Bernard Barker | May 23, 1973 |
| 8. G. Gordon Liddy | May 31, 1973 |
| 9. E. Howard Hunt | June 7, 1973 |
| 10. E. Howard Hunt | July 20, 1973 |
| 11. Frank Sturgis | July 24, 1973 |
| 12. E. Howard Hunt | September 24, 1973 |
| 13. Bernard Barker | September 18, 1973 |

Reprinted from Legal Documents Relating to the Select Committee Hearings: Presidential Campaign Activities of 1972: Appendix to the Hearings, Senate Select Committee on Presidential Campaign Activities, 93d Cong., 1st and 2d Sess. 2156–57 (1974).

2157

2

## PETITIONS FOR WRITS OF HABEAS CORPUS
## AD TESTIFICANDUM (Continued)

| Persons for Whom Writs of Habeas Corpus Ad Testificandum Were Sought | Dates on Which the Writs Were Issued by the U. S. District Court for the District of Columbia |
|---|---|
| 14. Bernard Barker<br>Frank Sturgis<br>Virgilio Gonzales<br>Eugenio Martinez | September 27, 1973 |
| 15. Virgilio Gonzales | November 8, 1973 |
| 16. Frank Sturgis | November 8, 1973 |
| 17. Bernard Barker | November 8, 1973 |
| 18. Eugenio Martinez | November 8, 1973 |
| 19. Virgilio Gonzales | December 5, 1973 |
| 20. Eugenio Martinez | December 5, 1973 |

120

*3. Sample Writ of Habeas Corpus Ad Testificandum*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Application of | ) |
| | ) |
| UNITED STATES HOUSE OF REPRESENTATIVES | ) Misc. No. 78- 6 1 2 6 |
| SELECT COMMITTEE ON ASSASSINATIONS | ) |
| | ) |

FILED

JUL 1 2 1978

WRIT OF HABEAS CORPUS
AD TESTIFICANDUM

JAMES F. DAVEY, Clerk

TO:    United States Marshall, District of Columbia;
       United States Marshall, District of Tennessee;
       Stoney Lane, Warden, Brushy Mountain State
           Penitentiary, Petros, Tennessee

        You are hereby commanded to produce, on August

16, 1978, the body of James Earl Ray by you imprisoned

and detained, to the United States Marshall of the District

of Columbia or his authorized deputy, so that the United

States Marshall or his deputy may produce Mr. Ray under

safe and secure conduct before the Select Committee on

Assassinations of the United States House of Representatives

in order that Mr. Ray may appear and testify pursuant to

subpoena before the full Committee on August 16, 1978 in a

room in Washington, D.C. to be selected by the full Committee,

and then upon completion of the hearing or until the full

Committee no longer requires Mr. Ray's presence, he be

returned to the United States Marshall or one of his deputies

to the custody of whence he came.

Reprinted from II Legislative and Administrative Reform:
Appendix to Hearings Before the House Select Comm. on
Assassinations, 95th Cong., 2d Sess. 120-21 (1978).

**11**

121

WITNESS the Honorable Chief Judge
of said Court the 12 day of
_____ July _____, 1978

~~Arthur B. Bryant~~
United States District Judge

JAMES F. DAVEY, Clerk

By ~~Sophie Jepsen~~

EXECUTED this Writ in the above-entitled case this _____ day of
_____, 1978.

UNITED STATES MARSHALL

By_____

United States District Court
for the District of Columbia
A TRUE COPY
JAMES F. DAVEY, CLERK

THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

```
                                        )
IN RE UNITED STATES SENATE              )
SUBCOMMITTEE ON JUVENILE JUSTICE        )
                                        )
United States Senate                    )   Misc. No. 82-0099
Washington, D.C. 20510,                 )
                                        )
              Applicant.                )
_____)
```

FILED

MAY 24 1982

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  William E. Hall, Director        Robert Buckner, Superintendent
     U.S. Marshals Service            Boley State School
     One Tyson's Corner Center        Boley, Oklahoma
     McLean, Virginia  22102

GREETING:

You are hereby commanded to produce the body of David

Watts, under safe and secure conduct, before the United States

Senate Subcommittee on Juvenile Justice, by delivering the

said David Watts into the custody of Deborah Shore, Sasha

Bruce House, 701 Maryland Avenue, N.E., Washington, D.C.,

before the twenty-sixth day of May, 1982, so that he may

testify before said Subcommittee; and then, upon completion

of said testimony or when said Subcommittee no longer requires

his presence, to return him from Sasha Bruce House to the institution from whence he came and have then and there this writ.

_____
United States District Judge

Date ___May 24 1982___
Place ___Washington, D.C.___
U.S. District Court
District of Columbia

------------------------------------------------------------

R E T U R N

EXECUTED this writ in the above-captioned matter this ____
day of _____, 1982.

UNITED STATES MARSHAL

14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------   )
IN RE UNITED STATES SENATE              )
SUBCOMMITTEE ON JUVENILE JUSTICE        )
                                        )
United States Senate                    )  Misc. No. 82-0101
Washington, D.C. 20510.                 )
                                        )
              Applicant.                )
-------------------------------------   )
```

FILED

MAY 24 1982

WRIT OF HABEAS CORPUS AD TESTIFICANDUM
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  William E. Hall, Director      Tom Thomason, Superintendent
     U.S. Marshals Service          Central Oklahoma Juvenile
     One Tyson's Corner Center        Treatment Center
     McLean, Virginia  22102        Tecumseh, Oklahoma

GREETING:

You are hereby commanded to produce the body of Stacy
Trammell, under safe and secure conduct, before the United
States Senate Subcommittee on Juvenile Justice, Room 2228,
Dirksen Senate Office Building, Washington, D.C., by
delivering the said Stacy Trammell into the custody of
Deborah Shore, Sasha Bruce House, 701 Maryland Avenue, N.E.,
Washington, D.C., before the twenty-sixth day of May, 1982,
so that he may testify before said Subcommittee; and then,

15

upon completion of said testimony or when said Subcommittee

no longer requires his presence, to return him from Sasha

Bruce House to the institution from whence he came and have

then and there this writ.


_____
United States District Judge


Date _D:cy 24, 1982_

Place _h:.:Q:.:tr:. DC_

U.S. District Court
District of Columbia

-----------------------------------------------------------------

**R E T U R N**

EXECUTED this writ in the above-captioned matter this ____
day of _____, 1982.

UNITED STATES MARSHAL

**16**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MISC. NO. _80- 0101_

WRIT OF HABEAS CORPUS AD TESTIFICANDUM   F I L E :

APR 1 0 1980

PRESIDENT OF THE UNITED STATES OF AMERICA

JAMES F. DAVEY, Clerk

TO:   William E. Hall, Director   and   Warden
      U. S. Marshals Service            Erie County Correctional
      One Tyson Corner Center              Institute
      McLean, Virginia 22102           Alden, New York

GREETING:

    You are hereby commanded to produce the body of  Dominic

Celestino,   under safe and secure conduct before the Permanent

Subcommittee on Investigations of the United States Senate on

April 28 through May 5, 1980,  so that said   Dominic Celestino  may

appear and to be interrogated and to testify before the Members

and Staff of said Subcommittee in Room 101 of the Russell Senate

Office Building, Washington, D. C., or such other location as may be

designated  by said Subcommittee; and then, upon completion of said

interrogation and testimony or until said Subcommittee no longer

requires his presence, said  Dominic Celestino   is to be returned

from whence he came and have then and there this writ.

United States District Court
GEORGE L. HART, JR.
Judge, U. S. District Court for
the District of Columbia

APR 1 1 1980

Date _____

Place _Wash DC_____

U. S. District Court
District of Columbia

R E T U R N

EXECUTED this writ in the above-captioned matter this _____ day of

_____, 1980.

17   UNITED STATES MARSHAL

MISC. NO. _80-0102_

WRIT OF HABEAS CORPUS AD TESTIFICANDUM   F I L E D

APR 1 0 1980

PRESIDENT OF THE UNITED STATES OF AMERICA

JAMES F. DAVEY, Clerk

TO:  William E. Hall, Director   and   Warden
     U. S. Marshals Service             Springfield Federal Center
     One Tyson Corner Center            Springfield, Missouri
     McLean, Virginia 22102

GREETING:

You are hereby commanded to produce the body of  William

Cammisano,   under safe and secure conduct before the Permanent

Subcommittee on Investigations of the United States Senate on

April 28 through May 5, 1980, so that said  William Cammisano   may

appear and to be interrogated and to testify before the Members

and Staff of said Subcommittee in Room 101 of the Russell Senate

Office Building, Washington, D. C., or such other location as may be

designated  by said Subcommittee; and then, upon completion of said

interrogation and testimony or until said Subcommittee no longer

requires his presence, said  William  Cammisano  is to be returned

from whence he came and have then and there this writ.

United States District Court

GEORGE L. HART, JR.
Judge, U. S. District Court for
the District of Columbia

APR 1 1 1980

Date _____

Place  _Wash. D C_____

U. S. District Court
District of Columbia

Margaretwhitman

---------------------------------------------------------------

R E T U R N

EXECUTED this writ in the above-captioned matter this _____ day of

_____, 1980.

**18**    UNITED STATES MARSHAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MISC. NO. *80-0287*

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  William E. Hall, Director
     U. S. Marshals Service
     One Tysons Corner Center
     McLean, Virginia 22102

GREETING:

You are hereby commanded to produce the body of Art Rocco Beltran, under safe and secure conduct before the Permanent Subcommittee on Investigations of the United States Senate on December 15 and 16, 1980, so that said Art Rocco Beltran may appear and be interrogated by Members and staff of said Subcommittee in Room 101 of the Russell Senate Office Building, Washington, D.C., or such other location as may be designated by said Subcommittee; and then, upon completion of said interrogation or until said Subcommittee no longer requires his presence, said Art Rocco Beltran is to be returned from whence he came and have then and there this writ.

WITNESS, the Honorable George Hart, Judge, United States District Court for the District of Columbia, at Washington, D.C. this *2rd* day of December, 1980.

_____
Judge, United States District
Court for the District of Columbia

by *Mary B Deavers*
        Deputy Clerk

_____

R E T U R N

EXECUTED this writ in the above-captioned matter this _____ day of December, 1980.

UNITED STATES MARSHAL

_____
Deputy Marshal

**19**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MISC. NO. *80-0288*

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  William E. Hall, Director
     U. S. Marshals Service
     One Tysons Corner Center
     McLean, Virginia  22102

GREETING:

         You are hereby commanded to produce the body of William

Gabler, under safe and secure conduct before the Permanent

Subcommittee on Investigations of the United States Senate on

December 15 and 16, 1980, so that said William Gabler may appear and

be interrogated by Members and staff of said Subcommittee in Room 101

of the Russell Senate Office Building, Washington, D.C., or such

other location as may be designated by said Subcommittee; and then,

upon completion of said interrogation or until said Subcommittee no

longer requires his presence, said William Gabler is to be returned

from whence he came and have then and there this writ.

         WITNESS, the Honorable George Hart, Judge, United States

District Court for the District of Columbia, at Washington, D.C.

this _2_ day of December, 1980.

                                    _____
                                    Judge, United States District
                                    Court for the District of Columbia

                                    by _____
                                             Deputy Clerk

------------------------------------------------------------

                        R E T U R N

         EXECUTED this writ in the above-captioned matter this ____

day of December, 1980.

                        UNITED STATES MARSHAL

                        _____
                        Deputy Marshal

**20**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MISC. NO. 82-0072

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  William E. Hall, Director
     U. S. Marshals Service
     One Tysons Corner Center
     McLean, Virginia  22102

GREETING:

      You are hereby commanded to produce the body of
William Holden Bell under safe and secure conduct before the
Permanent Subcommittee on Investigations of the United States
Senate on May 2, 3, 4, 5, and 6, 1982, so that said William
Holden Bell may appear and be interrogated by Members and
staff of said Subcommittee in Room 159 of the Russell Senate
Office Building, Washington, D.C. or such other location as
may be designated by said Subcommittee; and then, upon
completion of said interrogation or until said Subcommittee
no longer requires his presence, said William Holden Bell is
to be returned from whence he came and have then and there
this writ.

      WITNESS, the Honorable John Lewis Smith, Jr., Chief
Judge, United States District Court for the District of
Columbia, at Washington, D.C. this _19th_ day of April, 1982.

                        John Lewis Smith, Jr.
                        Chief Judge
                        United States District Court
                            for the District of Columbia

---

R E T U R N

EXECUTED this writ in the above-captioned matter this

_____ day of _____, 1982.

21    UNITED STATES MARSHAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MISC. NO. *82-0102*

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO: William E. Hall, Director    and    Warden, U. S. Penitentiary
    U. S. Marshals Service              Lewisburg
    One Tyson Corner Center            Pennsylvania   17837
    McLean, Virginia 22102

GREETING:

You are hereby commanded to produce the body of  Ralph Natale

under safe and secure conduct before the Permanent

Subcommittee on Investigations of the United States Senate on

June 22, 1982,            so that said  Ralph Natale        may

appear and to be interrogated and to testify before the Members

and Staff of said Subcommittee in Room 101 of the Russell Senate

Office Building, Washington, D. C., or such other location as may be

designated  by said Subcommittee; and then, upon completion of said

interrogation and testimony or until said Subcommittee no longer

requires his presence, said     Ralph Natale     is to be returned

from whence he came and have then and there this writ.


United States District Court

United States District Court
for the District of Columbia
A TRUE COPY
JAMES F. DAVEY, CLERK
By,
Deputy Clerk

Date  *May 24 1982*

Place  *Washington, D C*

U. S. District Court
District of Columbia

───────────────────────────────

R E T U R N

EXECUTED this writ in the above-captioned matter this _____ day c

22

MAY 2 4 1982

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES F. DAVEY, Clerk

MISC. NO. 82-0103

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO: William E. Hall, Director    and    Warden, Metropolitan
    U. S. Marshals Service               Correctional Center
    One Tyson Corner Center              Chicago, Illinois
    McLean, Virginia 22102

GREETING:

You are hereby commanded to produce the body of Newton Van
Drunen    under safe and secure conduct before the Permanent
Subcommittee on Investigations of the United States Senate on
June 12, 1982,        so that said    Newton Van Drunen may
appear and to be interrogated and to testify before the Members
and Staff of said Subcommittee in Room 101 of the Russell Senate
Office Building, Washington, D. C., or such other location as may be
designated by said Subcommittee; and then, upon completion of said
interrogation and testimony or until said Subcommittee no longer
requires his presence, said    Newton Van Drunen   is to be returned
from whence he came and have then and there this writ.

_____
United States District Court

United States District Court
for the District of Columbia
A TRUE COPY

JAMES F. DAVEY, Clerk
By_____
    Deputy Clerk

Date    May 24 1982
Place   Washington, D.C.
U. S. District Court
District of Columbia

_____

R E T U R N

EXECUTED this writ in the above-captioned matter this _____ day of

23

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MISC. NO. 82-0203

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  William E. Hall, Director      and      Warden, Federal Correctional
     U. S. Marshals Service                  Center
     One Tyson Corner Center                 San Diego, California   92101
     McLean, Virginia 22102

GREETING:

You are hereby commanded to produce the body of Andrew Gramby
Hanley      under safe and secure conduct before the Permanent
Subcommittee on Investigations of the United States Senate on
September 27, 1982      so that said Andrew Gramby Hanley  may
appear and to be interrogated and to testify before the Members
and Staff of said Subcommittee in Room 101 of the Russell Senate
Office Building, Washington, D. C., or such other location as may be
designated  by said Subcommittee; and then, upon completion of said
interrogation and testimony or until said Subcommittee no longer
requires his presence, said Andrew Gramby Hanley is to be returned
from whence he came and have then and there this writ.

United States District Court

GEORGE L. HART, JR.
Judge, U. S. District Court for
the District of Columbia

Date    SEP 17 1982

Place

U. S. District Court
District of Columbia

R E T U R N

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MISC. NO. **83-0080**

WRIT OF HABEAS CORPUS AD TESTIFICANDUM        FILED MAR 1 1 1983

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  William E. Hall, Director    and    Warden,  MCC Miami Florida
     U. S. Marshals Service                         Miami, Florida  33177
     One Tyson Corner Center
     McLean, Virginia 22102

GREETING:

You are hereby commanded to produce the body of Beno

Ghitis-Miller under safe and secure conduct before the Permanent

Subcommittee on Investigations of the United States Senate on

March 13, 1983            so that said Beno Ghitis-Miller    may

appear and to be interrogated and to testify before the Members

and Staff of said Subcommittee in Room 101 of the Russell Senate

Office Building, Washington, D. C., or such other location as may be

designated  by said Subcommittee; and then, upon completion of said

interrogation and testimony or until said Subcommittee no longer

requires his presence, said Beno Ghitis-Miller    is to be returned

from whence he came and have then and there this writ.

United States District Court

Date  *March 11, 1983*

Place  *Washington, D. C.*

U. S. District Court
District of Columbia

By

R E T U R N

EXECUTED this writ in the above-captioned matter this _____ day of

_____, 198 .

**25**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 11 1984

JAMES F. DAVEY, Clerk

```
SENATE SUBCOMMITTEE ON          )
ALCOHOLISM AND DRUG ABUSE       )
                                )
United States Senate            )
Washington, D.C. 20510,         )    Misc. No. 84-0001
                                )
          Applicant.            )
                                )
```

WRIT OF HABEAS CORPUS AD TESTIFICANDUM


PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Stanley E. Morris,              Dr. Ana I. Gispert,
          Director                         Superintendent
       United States Marshals           Dade Correctional Institution
          Service                       1900 S.W. 377th Street
       One Tyson's Corner Center        Homestead, Florida  33034
       McLean, Virginia  22102

GREETING:

        You are hereby commanded to produce the body of Eugene

Edward (Mercury) Morris, under safe and secure conduct,

before the United States Senate Subcommittee on Alcoholism

and Drug Abuse, Room SH-639, Hart Senate Office Building,

Washington, D.C., or such other location as may be designated

by said Subcommittee, by 10:00 on the 24th day of September,

1984, so that he may testify before said Subcommittee; and

- 2 -

then, upon completion of said testimony or when said
Subcommittee no longer requires his presence, to return him
to the institution from whence he came and have then and
there this writ.


<span style="margin-left:50%">_(signature)_</span>

United States District Judge<br>
United States District Court<br>
for the District of Columbia<br>
A TRUE COPY

Date _Sept. 1, 1984_
Place _Washington, D.C._
U.S. District Court
District of Columbia

JAMES F. DAVEY, CLERK,<br>
By _Frances L. Elliott_

------------------------------------------------------------

R E T U R N

EXECUTED this writ in the above-captioned matter this _____ day
of _____, 1984.

UNITED STATES MARSHAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SENATE COMMITTEE ON BANKING,     )
HOUSING, AND URBAN AFFAIRS        )
                                  )
United States Senate              )
Washington, D.C. 20510,           )     Misc. No. 85-0001
                                  )
            Applicant.            )
                                  )

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Stanley E. Morris,          Lawrence Putman,
          Director                    Warden
       United States               Metropolitan Correctional Center
          Marshals Service         15801 Southwest 173 Avenue
       One Tyson's Corner Center   Miami, Florida   33177
       McLean, Virginia   22102

GREETING:

        You are hereby commanded to produce Luis Hector Neira

under safe and secure conduct, before the United States

Senate Committee on Banking, Housing, and Urban Affairs,

Court of International Trade, One Federal Plaza, 2nd Floor

Hearing Room, New York, New York, or such other location as

may be designated by the Committee, by 2:00 p.m. on the 27th

day of January, 1985, so that he may testify before the

Committee; and then, upon completion of his testimony or when

the Committee no longer requires his presence, to return him

**28**

- 2 -

to the institution from which he came and have then and there this writ.

_Louis F. Oberdorfer_
United States District Judge

Date _Jan. 24, 1985_
Place _____
United States District Court
District of Columbia

United States District Court
for the District of Columbia
A TRUE COPY
JAMES F. DAVEY, CLERK.

By _Melinda L. Pugh_
                        Deputy Clerk

----------------------------------------------------------------

R E T U R N

EXECUTED this writ in the above-captioned matter this _____ day of _____, 1985.

UNITED STATES MARSHAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES SENATE SUBCOMMITTEE ON ALCOHOLISM AND DRUG ABUSE<br><br>United States Senate Washington, D.C. 20510,<br><br>        Applicant. | )<br>)<br>)<br>)<br>)<br>)   Misc. No. 85-0001 ✓<br>)<br>)<br>)<br>) |

**F I L E D**

APR 12 1985

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:     Stanley E. Morris          Robert L. Martin
        Director                   Warden
        United States Marshals     Federal Correctional Institution
          Service                  Renfrow Road
        One Tyson's Corner Center  Talladega, Alabama  35160
        McLean, Virginia  22102

GREETING:

        You are hereby commanded to produce Jitze Koostra,

under safe and secure conduct, before the United States

Senate Subcommittee on Alcoholism and Drug Abuse, Room SH-

639, Hart Senate Office Building, Washington, D.C., or such

other location as may be designated by the Subcommittee, by

10 a.m. on the 17th day of April, 1985, so that he may

testify before the Subcommittee; and then, upon completion of

said testimony, or when the Subcommittee no longer requires

30

his presence, to return him to the institution from which he
came and have then and there this writ.


_____
United States District Judge

United States District Court
for the District of Columbia
A TRUE COPY

JAMES F. DAVEY, CLERK,

By _____
Deputy Clerk

Date _April 12, 1985_____
Place _____
U.S. District Court
District of Columbia

----------------------------------------------------------------

R E T U R N

EXECUTED this writ in the above-captioned matter this _____ day
of _____, 1983.

UNITED STATES MARSHAL


- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 26 1985

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES SENATE COMMITTEE )
ON LABOR AND HUMAN RESOURCES, )
SUBCOMMITTEE ON CHILDREN, )
FAMILY, DRUGS, AND ALCOHOLISM )
)
)    Misc. No. 85-0230
Applicant. )
)

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Stanley E. Morris,            Donald J. Southerland,
       Director                      Warden
       United States Marshals        Federal Correctional Institution
         Service                     La Tuna, Texas/
       One Tyson's Corner Center     Anthony, New Mexico 88021
       McLean, Virginia  22102

GREETING:

You are hereby commanded to produce the body of Edgar
Gamez-Macias, Federal prisoner no. 10526-006, under safe and
secure conduct, before the United States Senate Committee on
Labor and Human Resources, Subcommittee on Children, Family,
Drugs, and Alcoholism, Federal Building, Courtroom No. 1, 701
C Street, Anchorage, Alaska, 99513, by 10:00 a.m. Alaska
Standard Time on the 30th day of August, 1985, so that he may

testify before said Subcommittee; and then, upon completion of said testimony or when said Subcommittee no longer requires his presence, to return him to the institution from whence he came and have then and there this writ.


United States District Judge

Date _8-23-85_

Place _Washington, D. C._

United States District Court
District of Columbia

-----------------------------------------------------------------

R E T U R N


EXECUTED this writ in the above-captioned matter this _____ day

of _____, 1985.


UNITED STATES MARSHAL

33

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Application of )
)
COMMITTEE ON FOREIGN RELATIONS )
)
United States Senate )
Washington, D.C. 20510, )
)
Applicant. )
)

Misc. No. 88-87

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   Herbert C. Rutherford
      United States Marshal
      District of Columbia
      1103 U.S. Courthouse
      Third Street and Constitution Avenue, N.W.
      Washington, D.C.  20001

      Warden Patrick W. Keohane
      FCI-Memphis, 1101 John A. Denie Road
      Memphis, Tennessee  38134-003

      John T. Callery
      United States Marshal
      Western District of Tennessee
      1029 Federal Building
      167 North Main Street
      Memphis, Tennessee 38103

      You are hereby commanded to produce Gary Betzner,

Prisoner No. 04904-018, under safe and secure conduct, before

the United States Senate Committee on Foreign Relations,

Subcommittee on Terrorism, Narcotics and International

34

Operations, Room 446, Dirksen Senate Office Building,
Washington, D.C., or such other location as may be designated
by the Subcommittee, by 9:00 a.m. on the 30th day of March,
1988, so that he may testify before the Subcommittee; and
then, upon completion of his testimony or when the
Subcommittee no longer requires his presence, to return him
to the institution from which he came.


_Louis F. Oberdorfer_
United States District Judge

March 28, 1988

U.S. District Court
District of Columbia

----------------------------------------------------------------
R E T U R N

EXECUTED this writ in the above-captioned matter this ____ day
of _____, 1988.

                              UNITED STATES MARSHAL


                              _____

- 2 -

FILED

MAR 1 1968

CLERK U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Application of )
                                    )
COMMITTEE ON FOREIGN RELATIONS      )
                                    )
United States Senate                )     Misc. No. 88-88
Washington, D.C. 20510,             )
                                    )
            Applicant.              )
                                    )

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   Herbert C. Rutherford
      United States Marshal
      District of Columbia
      1103 U.S. Courthouse
      Third Street and Constitution Avenue, N.W.
      Washington, D.C.  20001

      Warden Peter M. Carlson
      FCI-Phoenix
      Phoenix, Arizona  85029

      John W. Roberts
      United States Marshal
      District of Arizona
      8204 U.S. Courthouse
      230 North First Avenue
      Phoenix, Arizona  85025

     You are hereby commanded to produce Carlos A. Cabezas,

Prisoner No. 75087-011, under safe and secure conduct, before

the United States Senate Committee on Foreign Relations,

Subcommittee on Terrorism, Narcotics and International

36

Operations, Room 446, Dirksen Senate Office Building,

Washington, D.C., or such other location as may be designated

by the Subcommittee, by 9:00 a.m. on the 30th day of March,

1988, so that he may testify before the Subcommittee; and

then, upon completion of his testimony or when the

Subcommittee no longer requires his presence, to return him

to the institution from which he came.


_Louis F. Oberdorfer_
United States District Judge


March 28, 1988

U.S. District Court
District of Columbia

-------------------------------------------------------------

R E T U R N

EXECUTED this writ in the above-captioned matter this _____ day
of _____, 1988.

UNITED STATES MARSHAL

_____

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Application of | ) |
| | ) |
| COMMITTEE ON FOREIGN RELATIONS | ) |
| | ) |
| United States Senate | ) |
| Washington, D.C. 20510, | ) |
| | ) |
| Applicant. | ) |
| | ) |

Misc. No. 88-89

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   Herbert C. Rutherford
      United States Marshal
      District of Columbia
      1103 U.S. Courthouse
      Third Street and Constitution Avenue, N.W.
      Washington, D.C.  20001

      Warden Dennis Luther
      FCI-Danbury
      Danbury, Connecticut 06810-3099

      Pasquale A. Mangini
      United States Marshal
      District of Connecticut
      P. O. Box 904
      New Haven, Connecticut  06504

     You are hereby commanded to produce Warner Lotz,

Prisoner No. 24929-004, under safe and secure conduct, before

the United States Senate Committee on Foreign Relations,

Subcommittee on Terrorism, Narcotics and International

Operations, Room 446, Dirksen Senate Office Building,

Washington, D.C., or such other location as may be designated
by the Subcommittee, by 9:00 a.m. on the 30th day of March,
1988, so that he may testify before the Subcommittee; and
then, upon completion of his testimony or when the
Subcommittee no longer requires his presence, to return him
to the institution from which he came.


_Louis F. Oberdorfer_
United States District Judge

March 28, 1988

U.S. District Court
District of Columbia

---------------------------------------------------------------

R E T U R N

EXECUTED this writ in the above-captioned matter this _____ day
of _____, 1988.

UNITED STATES MARSHAL


_____

- 2 -

39

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Application of )
)
COMMITTEE ON FOREIGN RELATIONS )
)
United States Senate )
Washington, D.C. 20510, )
)
Applicant. )
_____ )

Misc. No. 88-90

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    Herbert C. Rutherford
       United States Marshal
       District of Columbia
       1103 U.S. Courthouse
       Third Street and Constitution Avenue, N.W.
       Washington, D.C.   20001

       Warden James A. Meko
       Metropolitan Correctional Center
       15801 SW 137th Avenue
       Miami, Florida   33177

       Daniel J. Horgan
       United States Marshal
       Southern District of Florida
       205 Federal Courthouse Square
       301 North Miami Avenue
       Miami, Florida   33128

You are hereby commanded to produce George Morales,

Prisoner No. 08662-016, under safe and secure conduct, before

the United States Senate Committee on Foreign Relations,

Subcommittee on Terrorism, Narcotics and International

Operations, Room 446, Dirksen Senate Office Building, Washington, D.C., or such other location as may be designated by the Subcommittee, by 9:00 a.m. on the 30th day of March, 1988, so that he may testify before the Subcommittee; and then, upon completion of his testimony or when the Subcommittee no longer requires his presence, to return him to the institution from which he came.

<span style="text-align:right;">_Louis F. Oberdorfer_</span>
United States District Judge

March 28, 1988

U.S. District Court
District of Columbia

---------------------------------------------------------------
R E T U R N

EXECUTED this writ in the above-captioned matter this _____ day of _____, 1988.

UNITED STATES MARSHAL

_____

- 2 -

**41**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Application of )
)
COMMITTEE ON FOREIGN RELATIONS )
)
United States Senate )
Washington, D.C. 20510, )
)
Applicant. )
)

$88-91$

Misc. No. ____


WRIT OF HABEAS CORPUS AD TESTIFICANDUM


TO:    Herbert C. Rutherford
       United States Marshal
       District of Columbia
       1103 U.S. Courthouse
       Third Street and Constitution Avenue, N.W.
       Washington, D.C.  20001

       Warden John Gluch
       FCI-Milan
       Milan, Michigan  48160

       Anthony Bertoni
       United States Marshal
       120 Federal Building
       231 West Lafayette Street
       Detroit, Michigan 48226

       You are hereby commanded to produce Michael Paul Vogel,

Prisoner No. 07866-039, under safe and secure conduct, before

the United States Senate Committee on Foreign Relations,

Subcommittee on Terrorism, Narcotics and International

Operations, Room 446, Dirksen Senate Office Building,
Washington, D.C., or such other location as may be designated
by the Subcommittee, by 9:00 a.m. on the 30th day of March,
1988, so that he may testify before the Subcommittee; and
then, upon completion of his testimony or when the
Subcommittee no longer requires his presence, to return him
to the institution from which he came.


_____
United States District Judge

March 28, 1988

U.S. District Court
District of Columbia

-----------------------------------------------------------------

R E T U R N

EXECUTED this writ in the above-captioned matter this ____ day
of _____, 1988.

UNITED STATES MARSHAL

_____

- 2 -

43

FILED

⸴⸴ ⸴ ⸴ ⸴⸴⸴

CLERK U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Application of )<br><br>COMMITTEE ON FOREIGN RELATIONS )<br><br>United States Senate )<br>Washington, D.C. 20510, )<br><br>      Applicant. ) | Misc. No. 88-92. |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    Herbert C. Rutherford
       United States Marshal
       District of Columbia
       1103 U.S. Courthouse
       Third Street and Constitution Avenue, N.W.
       Washington, D.C.  20001

       Any U.S. Marshal/Warden

You are hereby commanded to produce Ramon Milian

Rodriguez, under safe and secure conduct, before the United

States Senate Committee on Foreign Relations, Subcommittee on

Terrorism, Narcotics and International Operations, Room 446,

Dirksen Senate Office Building, Washington, D.C., or such

other location as may be designated by the Subcommittee, by

9:00 a.m. on the 30th day of March, 1988, so that he may

testify before the Subcommittee; and then, upon completion of

his testimony or when the Subcommittee no longer requires his

presence, to return him to the institution from which he came.

_Louis F. Oberdorfer_
United States District Judge

March 28, 1988

U.S. District Court
District of Columbia

------------------------------------------------------------

R E T U R N

EXECUTED this writ in the above-captioned matter this ____ day of _____, 1988.

UNITED STATES MARSHAL

_____

- 2 -

45

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Application of        )
                                           )
COMMITTEE ON FOREIGN RELATIONS             )
                                           )
United States Senate                       )    Misc. No. 88-2 //
Washington, D.C. 20510,                    )
                                           )
            Applicant.                     )
                                           )

WRIT OF HABEAS CORPUS AD TESTIFICANDUM        FILED

                                              JUN 28 1988

TO:   Herbert M. Rutherford III
      United States Marshal                   U.S. DISTRICT COURT
      District of Columbia                     DISTRICT OF COLUMBIA
      1103 U.S. Courthouse
      Third Street and Constitution Avenue, N.W.
      Washington, D.C.  20001

      Warden D.J. Southerland
      FCI-Talladega
      Talladega, Alabama

      Melvin E. Jones
      United States Marshal
      Middle District of Alabama
      224 Federal Building and United States Courthouse
      Lee and Molton Streets
      Montgomery, Alabama 36101

      You are hereby commanded to produce Franklin Joseph

Camper, Prisoner No. 15685-001, under safe and secure

conduct, before the United States Senate Committee on Foreign

Relations Subcommittee on Terrorism, Narcotics and

International Operations, Room 446 Dirksen Senate Office

Building, Washington, D.C., or such other location as may be

designated by the Subcommittee, by 9 a.m. on the 8th day of July, 1988, so that he may testify before the Subcommittee; and then, upon completion of his testimony or when the Subcommittee no longer requires his presence, to return him to the institution from whence he came.


                                       _Stanley S. Harris_
                           United States District Judge

June 28, 1988
U.S. District Court
District of Columbia

-------------------------------------------------------------

                         R E T U R N

EXECUTED this writ in the above-captioned matter this ____ day of _____, 1988.

                              UNITED STATES MARSHAL



_Misc 88 - 211_
_6/28/88_
_[signature]_


- 2 -


**47**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Application of )
)
COMMITTEE ON FOREIGN RELATIONS )
)
United States Senate )
Washington, D.C. 20510, )
)
Applicant. )
)

Misc. No. 88-212

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

F I L E D

JUN 28 1988

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

TO:    Herbert M. Rutherford III
United States Marshal
District of Columbia
1103 U.S. Courthouse
Third Street and Constitution Avenue, N.W.
Washington, D.C.  20001

Warden John McCann
FCI-Petersburg, P. O. Box 1000, River Road
Petersburg, Virginia  23804

Roger Ray
United States Marshal
Eastern District of Virginia
United States Courthouse
200 South Washington Street
Alexandria, Virginia  22313

You are hereby commanded to produce John McCann,

Prisoner No. 15295-086, under safe and secure conduct, before

the United States Senate Committee on Foreign Relations,

Subcommittee on Terrorism, Narcotics and International

Operations, Room 446, Dirksen Senate Office Building,
Washington, D.C., or such other location as may be designated
by the Subcommittee, by 9 a.m. on the 8th day of July, 1988,
so that he may testify before the Subcommittee; and then,
upon completion of his testimony or when the Subcommittee no
longer requires his presence, to return him to the
institution from which he came.


_Stanley S. Harris_
United States District Judge

June 28, 1988

U.S. District Court
District of Columbia

------------------------------------------------------------

R E T U R N

EXECUTED this writ in the above-captioned matter this ____ day
of _____, 1988.

UNITED STATES MARSHAL

_____

Mis. 88-212

4/28/88

_[illegible handwriting]_    - 2 -

49

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>In the Matter of the Application of<br><br>SUBCOMMITTEE ON TERRORISM, NARCOTICS<br>AND INTERNATIONAL OPERATIONS<br><br>Committee on Foreign Relations<br>The United States Senate<br>Washington, D.C. 20510-6225,<br><br>               Applicant.</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>**FILED**<br><br>MAR 0 5 1992,<br><br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF COLUMBIA<br><br>Misc. No. _92-102_</td></tr>
</table>

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    K. Michael Moore, Director     Lonny Hickey
       U.S. Marshals Service          Interim U.S. Marshal
       600 Army Navy Drive           Middle District of Florida
       Arlington, VA  22202          611 Florida Avenue
                                        Tampa, FL  33602

GREETING:

You are hereby commanded to produce the body of Nazir

Chinoy, under safe and secure conduct, before the Subcommittee

on Terrorism, Narcotics and International Operations of the

United States Senate Committee on Foreign Relations, Room 419

of the Dirksen Senate Office Building, Washington, D.C., or at

such other location as may be designated by the Subcommittee,

by 10:00 a.m. on March 9, 1992, so that said Nazir Chinoy may

be questioned by staff of the Subcommittee, and by 2:00 p.m. on

March 18, 1992, so that he may appear as a witness and testify

before the Subcommittee at a hearing; and then, upon completion

of said questioning and testimony or until the Subcommittee no

longer requires his presence, to return him to the institution from which he came.

_____
United States District Judge

Date: _____, 1992

Place: U.S. District Court
       District of Columbia

United States District Court
for the District of Columbia
A TRUE COPY
NANCY MAYER-WHITTINGTON, Clerk

By_____, Deputy Clerk

---------------------------------------------------------------

R E T U R N

EXECUTED this writ in the above-captioned matter this _____ day of _____, 1992.

UNITED STATES MARSHAL

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------

In the Matter of the application of

SUBCOMMITTEE ON TERRORISM, NARCOTICS
AND INTERNATIONAL OPERATIONS

FILED

JUN 3 0 1992

Misc.No. 92-277

Committee on Foreign Relations
The United States Senate
Washington, D.C. 20510-6225,

Applicant.

CLERK U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  K. Michael Moore, Director
     U.S. Marshals Service
     600 Army Navy Drive
     Arlington, Va 22202

     Warden
     FCI Oakdale, Louisiana
     Prisoner No. 08831-018

GREETING:
     You are hereby commanded to produce the body of Ian Howard,
who is under the custody of the Bureau of Prisons, under safe and
secure conduct, before the Subcommittee on Terrorism, Narcotics
and International Operations of the United States Senate
Committee on Foreign Relations, Room 419 of the Dirksen Senate
Office Building, Washington, D.C., or at such other location as
may be designated by the Subcommittee, by 10:00 a.m. on July 16,
1992, so that said Ian Howard may be questioned by the staff of
the Subcommittee, and by 10:00 a.m. on July 30, 1992, so that he
may appear as a witness and testify before the Subcommittee at a
hearing; and then, upon completion of said questioning and
testimony or until the Subcommittee no longer requires his
presence, to return him to the institution from which he came.

_____
United States District Judge

Date:_____, 1992
Place: U.S. District Court

United States District Court
for the District of Columbia
A TRUE COPY

NANCY MAYER-WHITTINGTON, Clerk

By_____

52

---------------------------------------------------------------------
R E T U R N

EXECUTED this writ in the above-captioned matter this_____ day of
_____, 1992.


                                    UNITED STATES MARSHAL


**53**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------

In the Matter of the application of

SUBCOMMITTEE ON TERRORISM, NARCOTICS
AND INTERNATIONAL OPERATIONS

Committee on Foreign Relations
The United States Senate                    JUN 3 0 1992        Misc.No. 92-278
Washington, D.C. 20510-6225,

Applicant.

---------------------------------------------------

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  K. Michael Moore, Director
     U.S. Marshals Service
     600 Army Navy Drive              Warden
     Arlington, Va 22202              FCI Schuylkill
                                      Minersville, PA
                                      Prisoner No. 08830-018

GREETING:
     You are hereby commanded to produce the body of Akbar
Bilgrami, who is under the custody of the Bureau of Prisons,
under safe and secure conduct, before the Subcommittee
on Terrorism, Narcotics and International Operations of the
United States Senate Committee on Foreign Relations, Room 419
of the Dirksen Senate Office Building, Washington, D.C., or at
such other location as may be designated by the Subcommittee,
by 10:00 a.m. on July 13, 1992, so that said Akbar Bilgrami may
be questioned by the staff of the Subcommittee, and by 10:00 a.m.
on July 30, 1992, so that he may appear as a witness and testify
before the Subcommittee at a hearing; and then, upon completion
of said questioning and testimony or until the Subcommittee no
longer requires his presence, to return him to the institution
from which he came.


                              _____
                              United States District Judge

Date: June 30, 1992    , 1992      United States District Court
Place: U.S. District Court            for the District of Columbia
                                           A TRUE COPY

                                   NANCY MAYER-WHITTINGTON, Clerk

                                   By_____
                                               Deputy Clerk

54

----------------------------------------------------------------

# R E T U R N

EXECUTED this writ in the above-captioned matter this_____ day of
_____, 1992.

UNITED STATES MARSHAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------

In the Matter of the application of

SUBCOMMITTEE ON TERRORISM, NARCOTICS
AND INTERNATIONAL OPERATIONS

Committee on Foreign Relations
The United States Senate
Washington, D.C. 20510-6225,

Applicant.

JUN 3 0 1992

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Misc.No. 92-279

------------------------------------------------

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO: K. Michael Moore, Director
    U.S. Marshals Service
    600 Army Navy Drive
    Arlington, Va 22202

    Warden
    FCI Milan, Michigan
    Prisoner No. 08829-018

GREETING:
    You are hereby commanded to produce the body of Amjad Awan,
who is under the custody of the Bureau of Prisons, under safe and
secure conduct, before the Subcommittee on Terrorism, Narcotics
and International Operations of the United States Senate
Committee on Foreign Relations, Room 419 of the Dirksen Senate
Office Building, Washington, D.C., or at such other location as
may be designated by the Subcommittee, by 10:00 a.m. on July 20,
1992, so that said Amjad Awan may be questioned by the staff of
the Subcommittee, and by 10:00 a.m. on July 30, 1992, so that he
may appear as a witness and testify before the Subcommittee at a
hearing; and then, upon completion of said questioning and
testimony or until the Subcommittee no longer requires his
presence, to return him to the institution from which he came.

_____
United States District Judge

Date: June 30, 1992
Place: U.S. District Court

United States District Court
for the District of Columbia
A TRUE COPY

NANCY MAYER-WHITTINGTON, Clerk

By: _____
        Deputy Clerk

56

---------------------------------------------------------------

# R E T U R N

EXECUTED this writ in the above-captioned matter this_____ day of
_____, 1992.

UNITED STATES MARSHAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Application of )
)
COMMITTEE ON THE JUDICIARY )
)
The United States Senate )
Washington, D.C. 20510-6275, )            Misc. No. 95 301
)
                    Applicant. )
)

**FILED**

WRIT OF HABEAS CORPUS AD TESTIFICANDUM        OCT 2 **1995**

PRESIDENT OF THE UNITED STATES OF AMERICA        CLERK, U.S. DISTRICT COURT
                                                  DISTRICT OF COLUMBIA

TO:    Eduardo Gonzalez              J.R. Oakes
       Director                      U.S. Marshal
       U.S. Marshals Service         Western District of
       600 Army Navy Drive           Louisiana
       Arlington, VA  22202          300 Fannin Street
                                     Shreveport, LA 71101

GREETING:

    You are hereby commanded to produce the body of Graeme
Craddock, under safe and secure conduct, before the United
States Senate Committee on the Judiciary, Room SD-224 of the
Dirksen Senate Office Building, Washington, D.C., or at such
other location as may be designated by the Committee, at 5:00
p.m. on October 31, 1995, so that said Graeme Craddock may be
questioned by staff of the Committee, and at 9:30 a.m. on
November 1, 1995, so that he may appear as a witness and testi-
fy before the Committee at a hearing; and then, upon completion
of said questioning and testimony or when the Committee no

58

longer requires his presence, to return him to the institution from which he came.

_(signature)_

United States District Judge

Date: _October 2_ , 1995

Place: U.S. District Court
      District of Columbia

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

R E T U R N

EXECUTED this writ in the above-captioned matter this _____ day of

_____, 1995.

UNITED STATES MARSHAL

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MISC. NO. _96-085_

WRIT OF HABEAS CORPUS AD TESTIFICANDUM
PRESIDENT OF THE UNITED STATES OF AMERICA

FILED

MAR 4 1996

CLERK, U.S. DIST. CT.
DISTRICT OF COLUMBIA

TO:    Eduardo Gonzalez               Calvin D. Morton
       Director                        Metropolitan Detention Center
       U.S. Marshals Service           100 29th Street
       600 Army Navy Drive             Brooklyn, New York 11232
       Arlington, Virginia 22202

       Michael A. Pizzi
       United States Marshal
       Eastern District of New York
       225 Cadman Plaza East
       Brooklyn, New York 12201

GREETING:

You are hereby commanded to produce the body of Hollman Cheung, under safe and

secure conduct, before the Permanent Subcommittee on Investigations of the United States

Senate Committee on Governmental Affairs, Room 100 of the Russell Senate Office Building,

Washington, D.C., or such other location as may be designated by the Subcommittee, by 9:00

a.m. on March 18, 1996, so that said Hollman Cheung may be interrogated by staff of the

Subcommittee, and on March 19, 1996, so that he may appear as a witness and testify before

United States District Court
for the District of Columbia
A TRUE COPY
NANCY MAYER-WHITTINGTON, Clerk

By_____
                    Deputy Clerk

**60**

the Subcommittee at hearings; and then, upon completion of said interrogation and testimony or until the Subcommittee no longer requires his presence, to return him to the institution from which he came and have then and there this writ.

March 7, 1996

Judge, United States District Court for the District of Columbia

**RETURN**

EXECUTED this writ in the above-captioned matter this __ day of March, 1996

UNITED STATES MARSHAL

61

Redacted Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MISC. NO. 96 - _141_

APR **30** 1996

Clerk, U.S. District Court
District of Columbia

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Eduardo Gonzalez
       Director
       U.S. Marshals Service
       600 Army Navy Drive
       Arlington, Virginia 22202

GREETING:

You are hereby commanded to produce the body of

, under safe and secure conduct, before the Permanent Subcommittee

on Investigations of the United States Senate Committee on Governmental Affairs, Room 100

of the Russell Senate Office Building, Washington, D.C., or such other location as may be

designated by the Subcommittee, by 9:00 a.m. on May 11, 1996, so that said

may be questioned by staff of the

Subcommittee, and by 9:00 a.m. on May 15, 1996, so that he may appear as a witness and

testify before the Subcommittee at hearings; and then, upon completion of said questioning and testimony or when the Subcommittee no longer requires his presence, to return him to the institution from which he came.

Dated: _April 30, 1996_

_United States District Court_
_District of Columbia_
A TRUE COPY
NANCY MAYER-WHITTINGTON, Clerk

By _____
       Deputy Clerk

United States District Judge

---

RETURN

     EXECUTED this writ in the above-captioned matter this ___ day of May, 1996

                           UNITED STATES MARSHAL

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAY 6  1996

Clerk, U.S. District Court
District of Columbia

MISC. NO. 96 - 154

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  Eduardo Gonzalez          Kathleen M. Hawk
     Director                  Director
     U.S. Marshals Service     Bureau of Prisons
     600 Army Navy Drive       320 First Street, N.W.
     Arlington, Virginia 22202 Washington, D.C. 20534

                              Attn: Paul M. Schultz, Assistant Administrator
                                    for Inmate Monitoring

GREETING:

    You are hereby commanded to produce the body of Anthony Casso, under safe and

secure conduct, before the Permanent Subcommittee on Investigations of the United States

Senate Committee on Governmental Affairs, Room 100 of the Russell Senate Office Building,

Washington, D.C., or such other location as may be designated by the Subcommittee, by 8:00

a.m. on May 15, 1996, so that said Anthony Casso may appear as a witness and testify before

the Subcommittee at its hearing; and then, upon completion of said testimony or when the

**64**

Subcommittee no longer requires his presence, to return him to the institution whence he came.

Dated: __MAY  6 1996__


_____
United States District Judge

United States District Court
District of Columbia
E COPY
NANCY MAYER-WHITTINGTON, Clerk
By_____
Deputy Clerk

RETURN

EXECUTED this writ in the above-captioned matter this ___ day of _____, 1996

UNITED STATES MARSHAL

@002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 06 1998
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the Matter of the Application of                )
                                                   )
COMMITTEE ON GOVERNMENTAL                          )
AFFAIRS                                            )
                                                   )
                                                   )
United States Senate                               )          Misc. No. 97-175
Washington, D.C. 20510,                            )
                                                   )
        Applicant.                                 )
                                                   )
                                                   )

APPLICATION FOR WRIT OF HABEAS
CORPUS AD TESTIFICANDUM

The United States Senate Committee on Governmental Affairs, by its counsel, respectfully

moves that this Court issue a Writ of Habeas Corpus Ad Testificandum.  As grounds for its

application, the Committee submits the following:

        (1)  Rodney Bocook is a federal prisoner in the custody of Ed Perez, Warden, FCI

Ashland, P.O. Box 888, Ashland, Kentucky, 41105, Prisoner No. 04095-084.

        (2) The Committee has reason to believe that Rodney Bocook has material and necessary

information relevant to a pending Committee investigation.

        (3) Rodney Bocook  is a necessary witness at hearings before the Committee on May 19,

1998 and  has been served with a subpoena to appear before the Committee.

(4) The Committee on Governmental Affairs on May 4, 1998 approved the filing of this application for a Writ of Habeas Corpus Ad Testificandum.

(5) In order to prepare for the hearings on May 19, 1998, it is necessary for the staff of the Committee to interview Rodney Bocook in advance of the hearings, on May 18, 1998.

WHEREFORE, the Committee moves that this Court issue a Writ of Habeas Corpus Ad Testficandum directed to Ed Perez, Warden, FCI Ashland, P.O. Box 888, Ashland, Kentucky, 41105; The Honorable Eduardo Gonzales, Director, U.S. Marshals Service, 600 Army Navy Drive CF-3, Suite 1200, Arlington, Virginia , 22202;. Joe R. Mullins , United States Marshal for the Eastern District of Kentucky, P.O. Box 30, Lexington, Kentucky ,40501, ordering the production of Rodney Bocook before the Committee by 9:00 a.m. on May 18, 1998, so that he may appear as a witness and testify before the Committee at hearings, and upon completion of said interrogation and testimony or when the Committee no longer requires his presence, to return him to the institution from which he came.

Respectfully submitted,

Fred Ansell, Chief Counsel
D.C. Bar Number 426037
Committee on Governmental Affairs
340 Dirksen Senate Office Building
United States Senate
Washington, D.C. 20510
202/224-4751

May 4, 1998

**67**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Application of )
)
)
SPECIAL COMMITTEE ON AGING )
)
The United States Senate )
Washington, D.C. 20510, )    Misc. No. 00 - 228
)
Applicant. )
)
)

**FILED**

APR 2 5 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Schelia Clark, Warden
F.C.I. - Tallahassee, Florida
501 Capitol Circle, NE
Tallahassee, FL 32301

John Marshall
Director
U.S. Marshal's Service
600 Army Navy Drive
Arlington, VA 2202

Don Horton, Acting U.S. Marshal
U.S. Marshal's Service
333 Constitution Ave., NW, Rm. 1400
Washington, DC 20001

James W. Lockley, Jr.
U.S. Marshal
U.S. Marshal's Service
110 E. Park Ave., Rm. 100
Tallahassee, FL 32301

GREETING:

You are hereby commanded to produce the body of Theresa King, under safe and secure conduct,

before the United States Senate Special Committee on Aging, Room SD-562 of the Dirksen Senate

Office Building, Washington, D.C., or at such other location as may be designated by the

Committee, at 4:00 p.m. on May 1, 2000, so that said Theresa King may be questioned by staff of

the Committee, and at 10:00 a.m. on May 2, 2000, so that she may appear as a witness and testify

before the Committee at a hearing; and then, upon completion of said questioning and testimony or

when the Committee no longer requires her presence, to return her to the institution from which she

came.

United States District Judge
United States District Court
for the District of Columbia    APR 2 5 2000
A TRUE COPY
NANCY MAYER-WHITTINGTON, Clerk
By
Deputy Clerk

Date: *April 25*, 2000

Place: U.S. District Court
District of Columbia

---------------------------------------------------------------------

R E T U R N

EXECUTED this writ in the above-captioned matter this ___ day of
_____, 2000.

OFFICIAL AND OFFICE

**69**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MISC. NO. 00-258

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

**FILED**

APR 2 5 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   John W. Marshall            Don Moreland
      Director                    United States Marshal
      United States Marshals Service   Middle District of Florida
      600 Army-Navy Drive         801 N. Florida Avenue, 4th Floor
      Arlington, Virginia 22202   Tampa, Florida 33602-4519 (813/274-6401)

GREETING:

You are hereby commanded to produce the body of Thomas W. Setiz, under safe and secure conduct before the United States Senate Permanent Subcommittee on Investigations of the Committee on Governmental Affairs, Room 100 of the Russell Senate Office Building, Washington, D.C., or such other location as may be designated by the Subcommittee through its counsel, on May 10 through 11, 2000, so that said Thomas W. Seitz may be interrogated by staff of the Subcommittee and appear at a hearing; and then, upon completion of said interrogation or until said Subcommittee no longer requres his presence, said Thomas W. Seitz is to be returned from whence he came and have then and there this writ.

SO ORDERED.

Dated this 25th day of April, 2000.      *Norma Hollaway Johnson*
                                          UNITED STATES DISTRICT JUDGE
                                          DISTRICT OF COLUMBIA

---

### RETURN

EXECUTED, this writ in the above-captioned matter this __ day of May, 2000.

UNITED STATES MARSHAL

---

**70**

UNITED STATES DISTRICT COUR
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Application of                :

COMMITTEE ON FINANCE                        :
WASHINGTON, D.C. 20510                            :           MISC. NO. 01ms159

Writ of Habeas Corpus Ad Testificandum       :

                                                                        :

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA                    **FILED**

TO:     Louis P. McKinney           Glen Cunningham              APR 1 8 2001
        Acting Director             United States Marshal
        United States Marshals Service   Essex County of New Jersey   **NANCY MAYER WHITTINGTON, CLERK**
        600 Army-Navy Drive         Federal Square                **U.S. DISTRICT COURT**
        Arlington, Virginia 22202   Room 500
                                    Newark, New Jersey 07101
                                    (973) 645-2404

GREETING:  Warden Mark Stabinski, Essex County Jail, 60 Nelson Place, Newark, New Jersey
07102, (937) 621-5154.

        You are hereby commanded to produce the body of Jerome Horn, under safe and secure
conduct before the United States Senate Committee on Finance, Room 215 of the Dirksen Senate
Office Building, Washington, D.C., or such other location as may be designated by the Committee
through its counsel, on April 24, 2001 at 2:00 p.m., so that said Jerome Horn may be interrogated
by staff of the Committee and appear at a hearing on April 25, 2001 at 9:30 a.m., and then, upon
completion of said interrogation or until said Committee no longer requires his presence, said Jerome
Horn is to be returned from whence he came and have then and there this writ.

SO ORDERED.

Dated this _17th_ day of April 2001                 _Norma Holloway Johnson_
                                                    UNITED STATES DISTRICT JUDGE
                                                    DISTRICT OF COLUMBIA

---

## R E T U R N

        EXECUTED, this writ in the above-captioned matter this __ day of April, 2001.

United States District Court               UNITED STATES MARSHAL
for the District of Columbia
A TRUE COPY                                * This writ has been fully executed per directive —
NANCY MAYER-WHITTINGTON, Clerk
By _____                           Deputy U S Marshal _____
        Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MISC. NO. *02-149*

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

**FILED**

MAR 2 9 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:    Benigno G. Reyna                J.T. O'Brien
       Director                       Warden
       United States Marshals Service United States Penitentiary Atwater
       600 Army-Navy Drive            #1 Federal Way
       Arlington, Virginia 22202      Atwater, CA 95301
                                      209/386-4673

GREETING:

You are hereby commanded to produced the body of Daniel Bullock, Inmate Register Number

12566-097, under safe and secure conduct before the United States Senate Committee on Finance,

Room 215 of the Dirksen Senate Office Building, Washington, D.C., or such other location as may

be designated by the Committee through its counsel, on April 10, 2002, at 2:00 p.m. and April 11,

2002 at 9:30 a.m. so that said Daniel Bullock may be interviewed by staff of the Committee and

appear at a hearing; and then, upon completion of said interrogation or until said Committee no

longer requires his presence, said Daniel Bullock is to be returned from whence he came and have

then and there this writ.


SO ORDERED.

Dated this 29th day of March 2002

_Gladys Kessler_

UNITED STATES DISTRICT JUDGE
DISTRICT OF COLUMBIA United States District Court
                          for the District of Columbia
                          A TRUE COPY

---

**RETURN**                              NANCY MAYER-WHITTINGTON, Clerk

EXECUTED, this writ in the above-captioned matter this __ day of March, 2002 _Maureen Higgins_
                                                                                By                Deputy Clerk

UNITED STATES MARSHAL

---

**72**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MISC. NO. 03-1670

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

**FILED**

TO:   Benigno G. Reyna
      Director
      United States Marshals Service
      600 Army-Navy Drive
      Arlington, Virginia 22202

Robert M. Grubbs
United States Marshal
Eastern District of Michigan
231 W. Lafayette
Detroit, MI 47226
313/234-5600

SEP 0 4 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GREETING:

You are hereby commanded to produce the body of Youssef Hmimssa, under safe and secure conduct before the United States Senate Committee on Finance, Room 215 of the Dirksen Senate Office Building, Washington, D.C., or such other location as may be designated by the Committee through its counsel, on September 8, 2003 at 12:00 noon, so that said Youssef Hmimssa may be interrogated by staff of the Committee and appear at a hearing on September 9, 2003 at 9:00 a.m.; and then, upon completion of said interrogation or until said Committee no longer requires his presence, said Youssef Hmimssa is to be returned from whence he came and have then and there this writ.

SO ORDERED.

Dated this 4th day of September 2003

UNITED STATES DISTRICT JUDGE
DISTRICT OF COLUMBIA

**R E T U R N**

EXECUTED, this writ in the above-captioned matter this __ day of September 2003

UNITED STATES MARSHAL

**73**