FILED

APR 10 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Application of )
)
COMMITTEE ON FINANCE )
WASHINGTON, D.C. 20510 )          MISC. NO.   07-134 (TFH)
)
For a Writ of Habeas Corpus )
Ad Testificandum )

### ORDER

Before the Court is the Federal Bureau of Prisons' Motion to Quash the Writ of Habeas Corpus *Ad Testificandum* issued by this Court on April 4, 2007. For the reasons stated in a bench opinion during the telephonic hearing held today, April 10, 2007, the Court **GRANTS** the Federal Bureau of Prisons' Motion to Quash the original Writ. Additionally, for the reasons stated today, the Court **DENIES** the Federal Bureau of Prisons' Motion to Stay the Writ issued by the Court this day.

So Ordered,

April 10th, 2007
4:50PM.

Thomas F. Hogan
Chief Judge
United States District Court
District of Columbia