IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 10 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Misc. No. 07-134 (TFH)

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    John F. Clark                    Harley G. Lappin
       Director                         Director
       U.S. Marshals Service            Federal Bureau of Prisons
       600 Army-Navy Drive              320 First Street NW
       Arlington, VA 22202              Washington, DC 20534

       Warden
       FTC Oklahoma City
       Federal Transfer Center
       7410 S. MacArthur Blvd
       Oklahoma City, Ok 73169

GREETING:

You are hereby commanded to produce the body of Evangelos Dimitrios Soukas, under safe and secure conduct before the United States Senate Committee on Finance, Room 215 of the Dirksen Senate Office Building, Washington, D.C., or such other location as may be designated by the Committee through its counsel, on April 11, 2007 at 12:00 noon, so that said Evangelos Dimitrios Soukas may be interrogated by staff of the Committee and appear at a hearing on April 12, 2007 at 9:00 a.m.; and then, upon completion of said interrogation or until the Committee no longer requires his presence, said Evangelos Dimitrios Soukas is to be returned from whence he came and have then and there this writ.

SO ORDERED.

Dated this 10th day of April, 2007

_____
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLUMBIA

---

RETURN

EXECUTED, this writ in the above-captioned matter this ___ day of April, 2007

UNITED STATES MARSHAL